# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03569-DDD-NRN

RANDY DEAN QUINT,
JOHN LINN, and
MARK MOLINA,
Individually and On Behalf of All Others Similarly Situated,

    Plaintiffs,

       v.

VAIL RESORTS, INC., a Delaware Corporation,

    Defendant.

## NOTICE OF APPEAL FROM AN APPEALABLE ORDER

Randy Dean Quint, John Linn and Mark Molina appeal to the United States Court of Appeals for the Tenth Circuit from the order overruling Plaintiffs' objections to United States Magistrate Judge Neureiter's Orders on Defendant's motion to stay proceedings until class settlement in parallel action is final entered on November 22, 2023.

| | |
|---|---|
| DATED: December 21, 2023 | Respectfully Submitted, |
| | **EDWARD P. DIETRICH, APC** |
| | */s/ Edward P. Dietrich* |
| | Edward P. Dietrich |
| | 9595 Wilshire Boulevard, Suite 900 |
| | Beverly Hills, CA 90212 |
| | Telephone:  310.300.8450 |
| | Facsimile:   310.300.8401 |
| | edward@dstlegal.com |

1

**OMNUM LAW APC**

<u>/s/Benjamin Galdston</u>

Benjamin Galdston
4350 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: 858.539.9767
bgaldston@omnumlaw.com

*Attorneys for Plaintiffs and the Proposed Collective and Classes*

2

## CERTIFICATE OF SERVICE

   I hereby certify that on December 21, 2023 I electronically filed the foregoing **NOTICE OF APPEAL FROM AN APPEALABLE ORDER** with the Clerk of Court using the CM/ECF system, which will send electronic notice of such filing to counsel for Defendant Vail Resorts, Inc., as follows:

Michael H. Bell
2000 South Colorado Boulevard
Tower Three, Suite 900
Denver, CO 80222
Telephone: 303.764.6800
Facsimile: 303.831.9246
mike.bell@ogletree.com

                               */s/Edward P. Dietrich*
                               Edward P. Dietrich
                               9595 Wilshire Boulevard,
                               Suite 900
                               Beverly Hills, CA 90212
                               Telephone:  310.300.8450
                               Facsimile:   310.300.8401
                               edward@dstlegal.com