## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03569-DDD-NRN

RANDY DEAN QUINT,
JOHN LINN, and
MARK MOLINA,
Individually and On Behalf of All Others Similarly Situated,

      Plaintiffs,

          v.

VAIL RESORTS, INC., a Delaware Corporation,

      Defendant.

---

## PLAINTIFFS' NOTICE OF CONSENT FILING

---

PLEASE BE ON NOTICE that, pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

attached 1,933 Consent Forms for the following persons:

| | |
|---|---|
| MATTHEW DAVIS | ALYSSA GENOVESE |
| STEPHEN GREENWOOD | ARTUR BARKAN |
| TYLER CHAMBERS | ALEXANDER SCHMITT |
| ANDREW VARNAU | ARTHUR FARR |
| DON ZARNDT | ANDREW ALVAREZ |
| ABBEY STEWART | AUSTIN YOUNG |
| PETER THOMPSON | ADAM KULKA |
| AMANDA CROMWELL | APRIL MIRCZAK |
| ADAM SCOTT | ANDREW BERGER |
| ALAN ELFERT | ALEXANDER WELCH |
| ANDREW DUANY | AYLA GRAEHL |
| ADAM SCHWARTZ | AVERY MARTIN |
| ADRIAN ROBERSON | ANDY LE |
| ADAM BUECHLEY | VALERIE BALD |
| ALISON EWOLDT | JEAN POOL ARROYO SIBAJA |
| AIDAN SHEPARDSON | BRYCE ASHLEY |
| ALEK SIMPSON | ALEX BROWN |
| ALEXANDRA BRUBAKER | JAMES BARNES |
| LEONARDO AGUILAR RODRIGUEZ | ANDREW WOOLLEY |
| ALEXANDRA BLOOM | BAUTISTA PEDICONE |
| ALISON NANCY ODABASHIAN | MATTHEW CONNORS |
| ALEC SPEARS | MAX MEREDITH |
| LINDSEY HALL | BRIAN P DOYLE |
| ALEC DILORENZO | MAGUI MARTINEZ-PENA |
| ALLISON ADDY | ALAN MUSSER |
| ALEXANDER KAY | ALEXA MINION |
| ALLYN HOLLINGSWORTH | BAYLEE POUCHER |
| ANDREW MARGOLIN | ATLEY SHAPIRO |
| ALLISON MARCULITIS | BARBARA GAIL WARDEN |
| AMANDA COOK | MELISSA ANDERSON |
| ALAN LIPP | BAYLEE SIVILS |
| AMETHYST GALLANT | WILLIAM HELFAND |
| ALINA HENDERSON | ELIZABETH GOODBARN |
| ANDREW SHAPIRO | BRENDAN KERR |
| ANDREW ALISSANDRATOS | ANDREW KOTRLA |
| ANDREW ZABETAKIS | MARGARET BAKER |
| ANGELA CELI | BJORN BREDESON |
| KIM MCCONNELL | AVINASH DEBNATH |
| ANDREW SNYDER | BRANDON BATMAN |
| ANDREW MCALISTER | BRYNNA DELLACAVA |
| ASHLEY CORNING | ARON SCOT BERGMAN |
| ANN LAWTON | MARK BEETS |
| ANDREA MARTINEZ | BRENDAN READER |
| ANTHONY PARISSI | BRIAN ANSCHEL |
| ALEXANDRA SOLOMON | BRIAN MATSON |

BROOKE BELLM

BRYAN SCHILLING

ROBERT DIMARIO

WILLIAM CURLEY

BLAKE MORROW

RICHARD WHITE

BRENNAN METZLER

ALEXANDER CAAN

AVERY AMATO

MATTHEW ANNIS

DAVID CAPUTO

THOMAS BUCHANAN

BRENDAN MCCARTHY

AUBRIANA DUNN

BENJAMIN CARROLL

CASEY LARKIN

CHRISTOPHER IRVING

CELINE HOLZER

CHAD COLOPY

ANDREW ORR

CATRINA SILVERSTEIN

COLLEEN ROUSSIL

CHRISTINE DEMELLO

CHRISTOPHER WALSH

ALAN GHYS

CARSON GHYS

CALVIN BRYAN

CHARLES CLYNE

MICHAEL JOHN SEGUIN

COLLIN CARTER

MATEO COZZI

CHRISTINA BERTORELLI

CHARLES TAYLOR

CARGILL MACMILLAN

CHASE HEALEY

COLLIN MCQUEEN

CHELSEA HAFER

CARSON BAKER

CAMERON PRATT

CHANCE FLANIGAN

COURTNEY DAVIS

CLAYTON USHKOW

DARRYL SHAPER

CLARK RICHARD MILLER

ALBERT BUCKNER

ELIJAH CURRENT

CHRISTOPHER SIMMONS

COOPER BOWEN

BARBARA NEWTON

DANIEL GAHAGAN

BRADEN CRONIN

WILLIAM BOECKMANN

CATHERINE SCHURZ

CHRISTOPHER WELLS

BRAD KAHN

GUY ANTHONY GAROFALO

DAVID LEIFER

CHARLES MAXWELL

DAVIS WHITE

SARA CONDRA

DARREN PARENT

DAVID BURTON

DAVID KOBLAS

COURTNEY DEPRIEST

STEPHANIE DAUM

DEBORAH BLOUNT

ANDREW COX

CHARLES TROSSBACH

DANIELLE COBB

DAVID F HODGES

DEAN RUFFING

DEVIN O'DOHERTY

DANIEL JEDRZEJCZYK

DAVID CHARLES SMITH

DILLON MCCLURE

CATHERINE MOORE

DIANA ZIMMERMAN

DANIEL ROSEN

MOIRA DOHERTY

DILLON MOSES

CRAIG HOPKINS

DAVIS PETERSON

DANIEL M KATLEIN

ILIYA CHAUNOV

CAROLINE GRUBBS

DOUGLAS L CARTER

DANIELLE BRADY

DAVID MCCORMICK

DELANEY HARTGEN

ANDRUS ROMMAN

| | |
|---|---|
| BRENDAN BURDICK | ABBY HANN |
| EMIKO HOBBS | IGNACIO GALOPPO SANCHEZ |
| EUNICE PECK | JUSTIN GLOSE |
| ELIZABETH GOLDING | ELLEN CASEY |
| EVA MORAVCIKOVA | IAN HEFFERNAN |
| DREW PARSONS | GRANT WEAVER |
| ERIC SWANSON | CAROLYN CHRISTENSEN |
| EMILY VOORHIES | GRACE LANEY |
| ERIN MCGIBBON | HUNTER ROACH |
| RANDY QUINT | NATHAN FISHER |
| ELISE CHOCHOLEK | DARRYL DAGEN |
| DAN MITROVICH | EMILIO WICKI |
| ERIK SPARKOWSKI | JACK DOUGLAS |
| DEBORAH PEECHER | ELIYAHU KAGAN |
| MAX HARRIS | ERIN MCGILL |
| EMA MUSLIC | JANARA NERONE |
| ERIC JAMES HALL | HANNAH MCFADDEN |
| DEBRA SCHINKER | HUNTER LUKE |
| GERAN PELE | JARED DANZIGER |
| CHRISTOPHER JOHN GIBSON | JACK NELSON |
| ADAM PARKS | JONATHON BURNETTE |
| OWEN FISSEL | ERIKA BELL |
| FRANK CARAU | JOSHUA HOLLEY |
| GABRIEL NEWBRUN-MINTZ | HE WANG |
| DANIEL SHANNON | GEOFFREY E COFFIN |
| ELI GREENING | JOSHUA COY |
| JOHN KITTLE | JACOB NOYOVITZ |
| GRACE WHITTLE | JESSE THORN |
| DAVID BELT | IAN FURRER |
| JEFFREY CAMPBELL | JAMES HARRISON |
| GRETA WRIGHT | JOSHUA GAMBRELL |
| MARY ARMOUR | CATHERINE PETERSON |
| ROBERT ARMOUR | JULIA FRONTERO |
| GREGG WILLIAMS | JUSTIN SPITZ |
| ERIN MILLER | KEVIN GORMAN |
| GAIL ASHTON | KARLY ACKER |
| HAILEY KOGER | GEORGE PEPPIN |
| GERRY NEWTON | JULIE VANDIVERE |
| CHARLENE ANN CORLETT | NATALIA KLUS |
| GRETCHEN SNOW | JUSTIN LEE |
| GORDON STOVER | LUKE KEPLER |
| HANNAH BERRY | JOSE TOMAS FERNANDEZ |
| WALTER JOHNSTON JR | JONATHAN PERERA |
| GARY VASSEUR | ROBERT RIZZA |
| HANS VANDERVLUGT | JACK MULLEN |

| | |
|---|---|
| JAMES HOGAN | KREGERY BROWN |
| JOSHUA PUCHFERRAN | HAILEE LONGSHORE |
| KYLE DEBERRY | KYLE FERNANDEZ |
| JOHN G WIDROE | MARTIN HERRE |
| KEVIN GRAY | KRISTIN KLEINMAN |
| KIRIAH WHITENER | KEVIN HEDRICH |
| JOHN HUNTER JOHNSON | HANBING ZHANG |
| JOSEPH BERKA | JOSEPH DEMMLER |
| KIMBERLY SHIKVERG | MARY HULME |
| JAMES W BORYS | MATTHEW BIRNDORF |
| KEVAN MULLEN | MATTHEW GREWE |
| JOSHUA AMOS | LAUREN ALDEN |
| KURT KINBERG THOMPSON | ASHLEY BAKER |
| FELICIA TAM | LLOYD KINDERKNECHT |
| DUNCAN BRYANT-CARTY | MARGARET CUNNINGHAM |
| MICHAEL GROSS | MACY BEACH |
| GAIL M SCOBY | MATTHEW LIGHTHART |
| ELISE MARTINEZ | JESSICA WORGER |
| JOEL LEROSE | CONNOR JONES |
| TROY D WATTS | JAMES BOLEN |
| JEFFERY CAULDER | LAUREN CAMPBELL |
| DEBORAH KING | JOHN JERVEY |
| PARKER ESTY | MEGAN MCCULLOCH |
| ERIC J PHANNENSTIEL | JOYCE COHEN |
| LAURA LANDRUM | JAMES BEST |
| ANN GALVIN | MARIO LICOR |
| JOSEPH MULLINS | KIMBERLY PLAVAN |
| KATHRYN KIDWELL | LIZABETH HENNIG |
| JENSEN MARIE SCAMARDI | MATHEW ORLANDO |
| BUCK BEATROUS | MARIAH LAURE |
| LUKE DOLAN | MEGHANN SILAGAN |
| KENSEI TAKEUCHI | KRISTEN MARTIN DEL CAMPO |
| LONNIE BREDESON | MIA WINANS |
| LUCAS STANDRIDGE | MARGARET MORGAN |
| GERLINDE DEBIE | MIRANDA BRIGGS |
| LINDSAY WOOD | KYLE OSTBERG |
| MICHAEL SERGEEV | JACQUELYN COYNE |
| KENT BEIDEL | MAKSYM SHAMA |
| KYLE KING | MEGAN GARDINER |
| KATHERINE KELLY | MARC BARNWELL |
| ILONA BRANDT-TOM | MARK ELLIS |
| JOHN ALFRED LYSIK | MICHELE STREET |
| JUAN RUBIO | KRISTINA TURUSINOVA |
| E SHATTOW | MOLLIE WITTELS |
| JANEY NOLLSCH | MICHAEL STECHER |

| | |
|---|---|
| LAUREN HASSE | LIAM FAHEY |
| MEREDITH PARENTI | MIKE SWAN |
| SARAH HADDIX | JAMES RUSSELL |
| NATHAN HILL | ROSE ADLER-REPHAN |
| LUKE CONLEY | CHRISTOPHER ROGERS |
| JOHN VENNER | ROBERT PUNGELLO |
| NATALIE MORSE | LENA GOSSETT |
| MEGAN RAWLS | GRAYSON STARLING |
| CONGHUI YANG | JAMES ANDREW DAVIES |
| MAXIMILIAN LANDON | ERIC ROTH |
| NATHAN SLAYBAUGH | RICHARD MCPHERSON |
| ETHAN METZGER | STEPHEN PETFIELD |
| MISHTY KARKHANIS | ELIZABETH MCCABE |
| DEVON RIEDERS | CLAYTON PIERCE |
| COLE KNIGHT | ROBYN HENNON |
| MELANIA AZUL GARCIA AMADEO | GABRIEL SIEGEL |
| DOUGLAS MORRELL | CHARLES RHODES |
| JAIRUS GREENE | MARY COOMBE |
| NINA GANDHI | LAUREN RUDDELL |
| NICHOLAS EDGE | GIANFRANCO NIOLA |
| MORGAN MAHAN | COURTNEY SMITH |
| ITAI BONEH | PAUL LAPLANT |
| PAUL COTTER | NATALIE COOLIDGE |
| MICHAEL VOLL | NICOLE COSMANY |
| PEDRO MORANDE | JEROME VELOSKY |
| DIANE ASHWORTH | TIMOTHY STONE |
| JOSHUA NEWMAN | ISABELLA NIOLA |
| ALISA RADER | SHELBY HALL |
| STEVEN MECHAM | BENJAMIN LYON |
| MICHELLE XIA | STEPHEN AMES |
| MATIAS CAPRILE | GEORGE TARRAZI |
| ROBERT LARSEN | AIDAN BURNS |
| ROBERT KUBITSCHEK | NATHAN ROTHROCK |
| LOUISE SCHULDT | ROMEO RIEGEL |
| ALESSANDRO MANCA | MICHAEL JEFFREY MELHAUSER |
| JONATHAN WAGNER | MICHAEL HAUT |
| CATHERINE MOORADIAN | EDWARD QUINN |
| SUSAN MCMAINS | NORMAN BROWNSTEIN |
| KIMBERLY RAESS | MARGARET MCLAUGHLIN |
| ERIN MARTZ | MATTHEW MILLER |
| GWEN GOODMANLOWE | MICHAEL LEVAN |
| RYAN NOSEWORTHY | CAREY SALVIN |
| SHAWN CRAWFORD | TESSA HARDING |
| STEFFEN MEHNERT | JAMES SIEGESMUND |
| DAVID KASSNER | ELENA DE LA CANCELA |

ANNIBEL RICE

STEPHEN TANNEY

WILLIAM WILLS

JAHSUN BARRACK

KELLY BESSEM

MIGUEL PEREZ MONGE

TIMOTHY O'BRIEN

GERALD SORENSEN

JOHN LIPPERT

VERETTA LOFTIN

MAXWELL MIRABILE

STEVE YABLONG

JEANNIE FU

STEVEN BARONE

JANE COUGHLIN

ERIC BEATTY

KOLOZS KORDA

SELENE FISHER

MARISSA FERRANTE

SAM MOORE

STELLA FLAGG

THOMAS SCHANZER

DON MORSE

PETER SHEROWSKI

JESSE ORLEAN

ISABELLE RIEDMAN

PEDRO FLYNN

HANNAH SMITH

HOWARD WOLSKY

TREVAN WEBSTER

NICOLAS CRUZ

THOMAS HOCK

MICHAEL LAQUEY

JACOB SWENSON

THOMAS HUGHES

RICHARD RICHMOND

TYLER WALLIN

PATRICK KUCICH

MAYA GOLLAHER

STEVEN MELAMED

PHOENIX TORREGROSA

LAUREN GOOD

KAREN TALAVERA

KAYLA LYNNE SINGER

STEVEN IKEDA

SHEA GALLOWAY

VERONICA SIOSS

EDWARD JOHNSTON

ASHLEY KRANZ

PAUL PRICE

DAYLYN FINNEGAN

AIDEN FRANK

SETH PARKER

PAULA A BAGBY

COURTNEY SHELDEN

RENEE TORRIE

VALERIA SHEVTSOVA

RICHARD FITZGERALD

ROCHELLE ZUROFF

WILLIAM EARL WRAY III

WILLIAM LIVINGSTON

SARAH VAN KRALINGEN

SYDNEY CASSIDA

HAYDEN CRELLIN

VIKTORIIA ERETNOVA

DANIEL XIA

THOMAS GILLON

GLEN SAMPSON

VINCENT DELO

SIMON ESBIT

TRAVIS STPIERRE

THOMAS LISTON

THOMAS KAGAN

ALEXANDER YODER

JAKE BERGER

JILL BLACKETT

WINFIELD JACKSON

ALEXANDRIA KOCSIS

JASMINE LEE

WILLIAM BEMISS

STEVEN YOON

MARK MILLER

JON ZWEIACHER

ALEX WHETSTONE

DARIA RACHLIN

ERIC FOUST

FIORENTINA ASTE

LAUREN HOMOLKA

JOHN CUNNIFF

TUCKER SPANGLER

| | |
|---|---|
| MARILYN MARTIN | PARKER JAMES O'SULLIVAN |
| MONTANA HODUR | THOMAS NEWMANN |
| SHIRLEY YOUNG | JOEL FARRIS |
| DAVID ROCHE | CODY BAKER |
| MICHAEL KELLEY | MARTIN INZUNZA |
| JAMES C BUTLER | TRINITY RAUSCH |
| RYSZARD PLUTA | MATTHEW WATKINS |
| DAVID SHELTON | KRISTIE RODRIGUEZ |
| MICHAEL HENSLEY | PABLO REYES |
| RYAN WHITENECK | RICHARD LAMP |
| LAUREN GILCHREST | JEFFREY OTTMAN |
| PAUL TORTORELLO | RACHEL MCCULLOUGH |
| VINA ONDREJKA | LYNDSEY STEVENS |
| JULIA PARKER | SIJIA WU |
| TODD KLEIN | SU JORN LIM |
| CLIFFORD EDWARDS | LEAH MORGAN |
| MADELINE WILLIS | ROBERT HOWARD HAAS |
| JESSICA FALTINSKY | RYAN BURROW |
| CATHERINE PERRIN | SUSAN WHITE |
| RACHEL MARTIN | RONALD GOLDSTEIN |
| NYKOLAS LOTOCKY | JAYSON GREGORY STARUP |
| MICAH FRANZ | REX HABER |
| NOAH HIRSCH | BRAD WRIGHT |
| IAN BRUCE | CLAY BROWN |
| KRISTINA BRUCE | VALENTINO CAMILLI |
| SAMUEL WHITTEMORE | TYLER MICHALEK |
| JOSEPH CALLAS | MELISSA MAROTTO |
| WILLIAM CONLIN | KATHRYN MOORE |
| MADISON BOHLING | TEEGAN GONYEA |
| KIMBERLY SEELINGER | ZACHARY WHELAN |
| ROBERT A GOSIEWSKI | NICOLE GIULIANO |
| JENNIFER LADIEU | JOSEPH BUDDE |
| ANN RAWLEY | JOHN SCHNEIDER |
| GUILLAUME GENTIL | ALEKSANDR LEVIN |
| TERRY OAKES | THOMAS STECHSCHULTE |
| PABLO DI FRANCESCO | DERON DIRCKSEN |
| HAILEY PIERUCCINI | ZOE SWAINE |
| KYRA WHITELAW | KERRY MULLIN |
| DOUGLAS TRIESTE | JAMES BENDER |
| JENNIFER ATLAS | CHARLES PRICE |
| ROSS SHEFFIELD BUDD | TYLER J GORE |
| ROBERT EDWARD LOWE | JUSTIN YAMAMOTO |
| SCOTT CLAYMON | SEAN CUMMINGS |
| JONATHAN ALEXANDER | SAMUEL JACOBSON |
| MICHELE FULLER | KEITH PALMER |

| | |
|---|---|
| JULIA BULINSKY | GUNNAR FJELSTUL |
| NOELLE HUVER | DOUGLAS JOHNSON |
| RICHARD WEISS | NAOMI TENENINI |
| EDWARD PECK | MICHELLE TOBOROWSKY |
| BRUCE STROEBE | GREGORY RENKENBERGER |
| AVERY MOYLER | THOMAS HUBBELL |
| FRANK YOUNG | REBECCA RUMLEY |
| MICHAEL ACRES | JEFFERSON KELSO |
| PETA MINEROF-BARTOS | JOAN NEUFFER |
| GERALD DZIEDZIC | PAUL PENNINGTON |
| JON SWEEN | CYNTHIA MCCARTHY |
| BRAXTON EVINS | RANDY SCHLIEP |
| LEILANI BRUNTZ | SLOANE LEWIS |
| KAYLEIGH SHROM | MATEO MANDARANO |
| GAVIN GHYS | FREDRICK HUGH ZAPP |
| WELLS JONES | MAURICE BABCOCK |
| RACHEL HALZEL | RACHEL HASKELL |
| DIANIA NOELLE OLPIN | PLACIDO LIBERTY |
| GREG GRESH | KIERA JACKSON |
| CARISSE CRATON | JANE FAN |
| TIN LOK LAU | NICHOLAS WOODARD |
| VICTOR HOYOS | GUY HAYCOCK |
| MEGHAN BUTLER | JAMES LONG |
| CAMI STREIFEL | DAWN REYLING |
| FINNEGAN KOPP | SPENCER TRUPIANO |
| MATTHEW PEPER | JILL ADLER |
| BRYAN GRIFFITH | SAMUEL WILS |
| MARIA PUJOL SIERRA | KATHARINE KASSNER |
| JOHN MCLEOD | JADEN TELL |
| KARL SJOGREN | KIMBERLY SMITH |
| JULIA FIGUEROA | NATALIA WILK |
| DARREN MILLER | JUAN SALAS TUPPER |
| CONNOR KRAPF | LUCAS BERRO GARCIA |
| HALEY WALLACE | NEAL HENZLER |
| TIM KREBS | MICHAEL THOMAS |
| BRENDA MAYRACK | KEVIN KAI WING WU |
| VICTOR KHMARA | JAMIE FRY |
| EDWARD NICHOLSON | THOMAS GUERCIO |
| JIM ARNOW | TIMOTHY SHVETSOV |
| NATALIE MCKELLAR | CARLA FREGUGLIA |
| JAMES DURSO | NANCY SEAMONS |
| DASCHEL SILVERTON | CHARLES BLUNT |
| ZACHARY CORPUEL | BEN RUBADUE |
| NANCY LEE GREINER | MARY-ELSYE WINCHESTER |
| JUSTIN GREGG | JUAN GIUSTI |

ANTHONY TUMMILLO

THEO DUCLOS

ANTONE LUTZ

JEREMY ALLEN WICKERSHAM

NICKLAS MUSIAK

WILLIAM SCHORLING

GRAHAM BEVIER

DELFINA DARQUIER

ROBERT KASPRZAK

MAKENZIE TUCKER

LINDA GORDON

VICTORIA GOMEZ NARDO

LAURIA BREWER

JASON LEWIS

THOMAS LEWIS

ALISSA WOLSKY

ETHAN MARCH

TAYLOR RINER

JEAN BROWN

STEPHAN BRAIG

CARRIE BERGEN

MARTIN WESTWOOD

JAKOB PRIDEMORE

ANDREW MALONEY

WILLIAM SCHNEIDER

SHARICE JONES

JONATHAN WEISS

TZVI BIELER

GARY LANE REYNOLDS

NOLAN MCNALLY

SIBYLLE WILBERT

KEVIN MCCARTHY

SAMUEL LANIER

ARIELLE MESSINA

KEITH EDDINGS

PETER WOITAS

DEBORAH EPIFANIO

MASSIMILIANO TOFFOLON

LOURDES CARBALLADA

KALEO NGO

JEFFREY PAUL CROONQUIST

KRIS HUSTED

GHASSEM ROUDBAI

JAMES EMFINGER

SHARON CASH

ROBERT SHEPARD

CORBY EGAN

SALVATORE GALLO

GRACE SPRINGER

WALLACE MOY

ERIN ANDREASEN

ALEXINA BOUDREAUX-ALLEN

DAVID RIBER

PAULA ROELANDS

JANE TARLOW

AUSTIN CLARK

PETRUS ROELANDS

TIMOTHY FAUST

JOHN MCGHEE

KRISTEN HOSKINS

ERIC BLOOM

RONALD EHRMAN

WILLIAM HOWELL

CONG LI

DON MARTIN

FERMIN BOTTCHER

SIMON SIMKO

MELANIE LONG

ALEXANDRA OTTO

GREGORY WEIL

KALEB DELONCKER

NINA SIMONSEN

MICHAEL ANDERS

TODD ROGERS

STEVEN GLOVER

MICHAEL TANKERSLEY

WADE EBERT

LILY JACARUSO

DARIN LEE GOEBEL

COURTNEY JOHNSON

TINA SCHULZ

TIMOTHY BEALL

KATHERINE REQUA

BRYNNE GOLDBERG

DAVID LAMBORNE

ANTHONY CORONADO-SMITH

JOHN SCURFIELD

BRADLEY MCNEELY

GINA BUSCARELLO

MARGARET VANDER PLOEG

LISA SMIAROSKI

KARL WOOD

RYAN FORNEY

LOUIS TRAUB

STEWART MONKS

STEVEN HELLER

ADAM BERG

KLAS ASTRAND

DIANA BRICKELL

AMANDA GIORDANO

RAN YUE RAN

LESLIE FORSTER

JAMES GALLIGAN

FAITH FERKEL

TAMMY GOULD

ISABELLA AURICCHIO

CHARLES BAKER

JUSTIN GARDNER

KYLE SCHNAPP

KEVIN PFEFFERLE

KYLEE WOERNER

SOPHIA CORRODI

LADISLAV SAFAR

LARRY SCHEMBER

ANDREW GOULD

JACQUELINE SULLIVAN

DAVE YOST

LUKE JENKINS

KATHRYN KEANE

BRYAN RAYDON

KITTY WANG

NIGEL MILLS

VIRGINIA YAN

LUCY HOWLAND

MARGARITA MACADAM

HALEY WILKEN

PAMELA WEBER

THAIS PERROS

SAI SREEJA GALI

STEPHANIE FIRSTBROOK

GLORIA JENKINS

THOMAS BRENNAN

CORINNE DAVIS

INDIA BRUNAN

JAMES SMOOTS

DANA DECKER

VIRGINIA DECKER

BENJAMIN DOLNIK

TOM FISHER

SEBASTIAN CRAIN

MICHAEL TALLEY

THOMAS LUSTER

TED GALOVAN

CHRISTOPHER HOOD

CHRISTINA SOARES

ELIZABETH ROBERTS

CHARLES ZEHMER

QUINTEN LOYA

RYAN HERNANDEZ

VICTORIA FARESTAD

DOUGLAS WILBURNE

SEAN WILLCOXON

BRITTANY HUGHES

ANDREA MILLS

LEAH DWORKIN

FRANK KIRSCHNER

DENNIS ALLEN

KAILI KEEFE

SUZANNA KEMP

ANDREW GRAB

MALCOLM RIDENOUR

JUSTIN BAILEY

JANELLE HIGGINS

LEAH LENTZ

BRANDON MAH

MARK FOYTECK

ALEXANDER KEMP

BENJAMIN INBAR

KEVIN SMITH

PETER BRUDER

LEE-ANNE GILBERT

ERIC YAN

STEVEN FOWLER

ANDREW WAINE

GREGORY LYONS

ROBYN WORCESTER

AUSTIN SMITH

KRYSTEL MADSEN

GREGORY MOYER

PATRICK LAFRENIERE

| | |
|---|---|
| DOUGLAS GERACI | ANDREW WARREN |
| JUSTO FERREYRA | AIDAN WESTENBERG |
| ALEXIS RODRIGUEZ SANCHEZ | AARON MILLER |
| JACKSON PEACOCK | DANIEL FEATHERSTONE |
| JOHN CARLSON | MARK TREMBATH |
| ELLA HERRMANN | STEPHEN HARRINGTON |
| RACHEL LANNINO | ARNE GRETTE |
| NANCY SHEROWSKI | LAURENCE TROTTER II |
| IAN RISSER | GAIL FERREIRA |
| MONIQUE HARRYVAN | REGINALD ASH |
| RACHEL HARRISON | ROBERT WOLD |
| RUSSELL MONAHAN | KAYLI KEMPERLE |
| JANE FLYNN | MAKENNA FANNING-NICHOLSON |
| ALICE MENG | EMILY CARLSON |
| TOBY PRUSSACK | NATALIE FROST |
| DANIEL POLSKY | GRANT TROESTER |
| ALANA GARRETT | HOWARD ELFANT |
| TARRYL JANIK | JOHN WEISS |
| SARAH COUGHTRIE | OWEN SICKELS |
| TONY BUCKUN | STEPHANIE DRESSER |
| JAKOB KOIVA | JOHN CRESSMAN |
| COLLEEN KAMMAR | GEORGE GRANT III |
| KATHERINE BRUNDAGE | STEVEN WILLIAMS |
| ALEXIS GOLESTANI | GRACE HUNT |
| ALLISON ROY | THOMAS NATAL |
| JACQUELINE BOHM | KYRA HARRINGTON |
| SUE SPAIN | JOSEPH WALSH |
| GENNADIY ZARETSKIY | CHRISTINE HARRINGTON |
| MATTHEW TURNQUIST | SCOTT JOHNSON |
| MICHAEL LEIGH | NICHOLAS BURNLEY |
| KRISTEN ANGUS BEST | BRENNAN COFIELL |
| RYAN ANDERSON | MARY RACHEL HOSTETTER |
| EMILY TURNER | KEVIN VERLANDER |
| CYNTHIA SENKO | GAIL RUDEWICZ |
| WILLIAM R JONES | RYAN ENFIELD |
| MICHAEL DIVER | DOUGLAS REDDY |
| ELAINE MAH | LUKE AIGNER |
| DAVID RHODES | JAY PEPITONE |
| JULI BOHM | PATRICK GERHARDT MEDAU |
| WILLIAM TRIEBEL | SUSAN SAKMAR |
| LEAH NEWTON | THERESIA NEUMAN |
| TANNER HAMMEL | RICHARD SOLOMON |
| JESSICA LONGE | STEPHEN WLODARSKI |
| CHRISTOPHER BALL | VICTORIA GRMAN |
| COREY BROOKER | DEB MARTIN |

| | |
|---|---|
| ROSALIE CHIRIP | MEGAN SCHULZ |
| LILIAN IVERSON | PIETER MAESSEN |
| MERIAH ZEIMETZ | CAROLYN MAESSEN |
| WILLIAM VALENTINE | CHRISTIAN FINLAY |
| DONALD COUP | KEVIN WILLISTON |
| DANIEL HORNE | RICHARD LEPIE |
| KEVIN MCCARTHY | MATTHEW JONES |
| TYLER KENEFICK | JACKSON MANIACI |
| MICHAEL JACOBSON | JULIE KALEDA |
| GABRIELLA BILLETT | JULIA KAMMER |
| ANDERS KLUMPP | PATRICIA MEIER |
| COLBY SWEENEY | TATIANA ELISEEVA |
| MARK BRUNNER | DARBY O'HARE |
| ALAN-MICHAEL EVANS | SAM CANGEMI |
| LEA BLINDER | DOUGLAS JAUL |
| EVAN DOUGLAS | JACK HAYS |
| AARON SOUSA | ROBERT RODMAN |
| PATRICK HIRN | PAUL JOHNSON |
| DAMIAN HOWARD | JOSHUA PRAWITZ |
| CATHERINE HOWARD | DAVID RAYBOULD |
| ABIGAIL FRONTERO | JEREMY RUBERT |
| EMMA RIGBY | MARK TABLEMAN |
| MICHAEL ROGER BIGGS | MICHAEL THORSEN |
| CARLY SEMINER | BELINDA YAN |
| RAY MENDEL | JUAN VERZINI SEMPE |
| PHOEBE DE GUZMAN | JOSEPH FERET |
| ANDREW KERN | ROBERT DASILVA |
| MARC ROBINS | ALBERT TRAVAGLINI |
| MICHAEL CORBO | SOPHIE BELLINA |
| SAMUELE TARASCHI | DAVID BURNETT |
| JOSHUA BALDONADO | MAURA GRACE |
| KENNETH DOUGLAS | MAXIE BAUGHAN |
| REBECCA BROWN | OWEN KRIS |
| ALEXANDER HLIVKA | TIA IWASAKI |
| ALEXANDRA BELLISARIO | JESSICA HELMLINGER |
| ARTHUR BARNES | LAUREL SCHLEGEL |
| MARISSA PEZZUOLO | LIDIA CUAN JUAN LIEN |
| COURTNEY COOK | MARY ELIZABETH SCOTT |
| PATRICK ANTHONY KELLEHER | MICHAEL BLACKWELL |
| HILLARY BARR | LARISA BERRY |
| HAYDEN ROYER | SHARON POWELL |
| THEA O'LARI | CHRISTOPHER MOLL |
| MARY HUFNAGEL | SCOTT JAMES |
| KYLIE CRONIN | TRICIA GODTFREDSEN |
| GENNA ROLAND | JEFFREY QUEEN |

| | |
|---|---|
| JEFFREY FLEIGLE | LEO CUNNINGHAM |
| ANDREW AERENSON | ALEXANDER COLE |
| RACHEL EDWARDS | JONATHAN KEDROWSKI |
| LIA VOCU | JOSIAH CLOSE |
| CHRISTOPHER MONDE | JOEL FELDMANN |
| OLIVIA BELLEK | NATHAN ZELENA |
| ANDREA LEMOR | ZACKERY ZACAVISH |
| JACK WASSERMAN | LEE SHORE |
| BRIELLA SMITH | MICHAEL NYSWONGER |
| DAVID SERVINSKY | NATHAN MARINCIC |
| YIFAN ZHANG | LINWOOD NEWTON |
| SPENCER CRICK | MATTHEW HANSEN |
| JOSHUA GOWEN | CHARLES HALLORAN |
| DANIELLE JOHNSON | JOHN HAWLEY |
| ALICIA BERARDELLI | CATHERINE VENTURA-MERKEL |
| SOPHIA TESSEO | ALAN ROTHENBERG |
| JEREMIAH MCFERRIN | ROBERT STEWART |
| COLEMAN DOSKER | MALENA NIECE |
| DYLAN CUNDIFF | CHARLES BAIR |
| BRYDEN FONG | JANICE STECKEL |
| NATHEN WILSON | RYAN MCGUIRE |
| SAMUEL WILLIAMS | KYLIE BATES |
| MARK WEBER | TERRY CAREY |
| GRACE CORAPI | IRA WEISS |
| RAYMOND KYLE | DAVID BELL |
| MARK ZADOROZNY | ELAINE CHEESMAN |
| JAMES ARNOT | JUANITA BURCH-CLAY |
| ASHLEY ROCK | RICHARD PLAINER |
| HEATHER ROBERTS | LAURA SKLADZINSKI |
| EMILY MCCANN | MARY LESLIE BUDER-GALLIGAN |
| TONI KELLY | CHARLES DEAN |
| ERIC LEYSON | LAUREN MCDERMOTT |
| CHRISTOPHER DAWSON | BRANDON RIST |
| LINDA LARSON | SARAH SHEREPITA |
| BRIAN MACDONALD | STEVEN HECKEL |
| MELONEY BUEHL | NATALIE MENDOZA |
| RYAN TURNER | JOANNA BEALL |
| COURTNEY SMITH | ELIZABETH MCDONNELL |
| CHAD DICKASON | ALYSSA STARR |
| HAILEY PARSON | JACKSON CORTES |
| DANIEL KRAVITZ | TYLER DUDDEN |
| KIRK CELKO | ROBERT GOSIEWSKI JR |
| THEODORE CAYE | JURGEN DURRSCHMIDT |
| ANTHONY EMRICK | GABRIELLE GILLIS |
| AUSTIN KENT | SAWYER KAUFFMAN |

AIDAN BASS

ANDREW KATZ

JOHN LOSE

ISSIAH TAYLOR

HEATHER POLIZZI

LUCY LEAHY

JOSEPH SADLER

ANDREW LINGER

FRANK POLIZZI

BENJAMIN JENSEN

WINSON WANG

KARI SORTLAND

RILEY KARL

CAMERON HOWE

TIMOTHY HOWE

SKYLAR HARRIS

MAUREEN MCCULLOUGH

SOPHIE PUENTE

JAKE ALTMAN

ROBERT SCALET

DAVID BURRUP

HARRY JASPER

GREGORY KISSLER

CRAIG MACLEAN

KRISTINE HARTZ

BRYAN COLE

ANTHONY WILIMITIS

JENNA DALRYMPLE

SHAHID BUTTAR

JOSHUA ARSENAULT

ASHLEY PEPER

NICOLE VAIR

SHANE CRUICKSHANK

BRENDAN ERICKSON

GABRIELLE ZERLA

JEANNETTE CORRIGAN

ELISSA MARDINEY

CHOI KWUN MCGANNON

CRAIG SEGUIN

GREGORY FEE

JOHN GRIFFIN

ALLISON HODGEN

CHARLES MAISCH

AUSTIN MULLER

ANDREW MILGROM

MICHAEL LEITNER

TIMOTHY KELLEHER

ELISE SUMMERS

ROBERT DUARTE

ALEXANDER SHROM

MADISON POLLET

CLAIRE CONNOR

ERIK FENTON

JOSEPH PIOMBINO

SYDNEY STOLMEIER

STEPHEN BROWN

JON RALEY

SARAH FREDERICK

MCKINLEY HIBL

DAVID AMADOR

LYNN GORSKI

JOHN DEMPSEY

WILLIAM TEWS

JULIANNE FERRELL

MICHAEL FERRELL

LUBOS BLAHUT

SHEILA MOSSMAN

SHAHRAM SARMAD

MARTHA WITTE

NATHAN HARTMAN

T VATIS

ADRIENNE JANE VENNER

ELIZABETH VATIS

SAMUEL MAINE

BROOKE KETELS

EMMA HARLOW

DAVID CONNOR

LOUIS YAMINE

WILLIAM OTTO

CONNOR AMBEAULT

KIMBERLY MANAHAN

RYAN DAVIS

TIMOTHY PIER

NORMAN BOWLES

KAREN SHUPE

NATHAN POST

SAMUEL BASS

CURT MARCHIONE

ANDREW RUDE

BRAD HULL

STUART KERR

ANTHONY SMITH

RYAN BOONE

KEVIN WILDGEN

KEVIN CONLEY

JANA KING

ALLISON DUANY

MARA STEPHENS

MAREN HOLMBERG

SHELDON MILLS

KATHRYN HEALY

PHOEBE NASH

CRAIG MCKEAND

CARL RICHTER

COLE BLACKWELL

STACIE WOLF

HOWARD LEAVITT

BILLI OUTLAND

BLAKE FELDMAN

GREGORY SNYDER

GENEVA LAI

DANIEL BENEDIX

NOAH FISCHER

KEVIN FLYNN

SARA O'HERRON

DANIEL NOTICE

AMY BERESFORD

GARY BERESFORD

DENISE CARDOSI

GRAHAM DAVIS

ALEXANDER HECK

GABRIELLE HECK

KRISTOFER THORNTON

OWEN STINE

SHARON DALE

SHERIA ROSENTHAL

ERIKA BARGER

HUI CHEN WU

ELLISON SMITH

AMELIA DURSO

CASEY FISHMAN

CHRISTINA ANDERSON

MARIA LEECH

NORBERT CHEHAK

WEI YE

KIERSTIN MCCLINTOCK

DAVID PAKULNIEWICZ

ETHAN VOGT

SCOTT DE PALMA

ANDREW THUMANN

CORY HENAULT

THEODORE HANSON

JACK DOBB

ROBERT REINERT

AIDAN ALEXANDER JOHNSTON

MEGAN ALLEN

DAN MCNUTT

KENNETH MARTIN HOLKER II

LIESL SCHULTZ

KRISTOPHER JACKSON

MOLLY HENLEY

SHARON MONTAGUE

ERIC DIETERLE

WALKER EVANS

BRADLEY DI IORIO

BENJAMIN LIBBEY

NATHAN LITCHFIELD

MICHAEL PEREZ-GELINAS

LEANNE MILLER

ABIGAIL BROWN

BRET COCHRAN

ANDREW PASHLEY

ANNA DOUCETTE

NANCY SWICK

LAUREN LOMONOCO

ANTONY MCCOY

MATTHEW WOLFE

DEBORAH COHEN

FRANCIS SULLIVAN

ALEXANDRA UPTON

GARRET CERNY

KIMBERLY GEITHER

JILLIAN DEMPSEY

JEFFREY COHEN

PETER LINDECKE

JACQUELYN QUINENE

CHRISTOPHER HYNES

JUSTIN GREEN

RICHARD PANUSCHKA

ABRIL ARENALES FERNANDEZ

| | |
|---|---|
| LISA ENGELEN | JON RYAN |
| PHILLIP FOSTER | KENNETH STRONG |
| ANTHONY NEAL | STEVE LIANG |
| STUART SELLER | KERA ZEGAR |
| CONNOR CAREY | MARGARET FENNIMAN |
| MICHAEL SCARPELLI | DANIELLE BELANGER |
| NOEL ABRAHAM | ARONE SILVERMAN |
| ABIGAIL WAXLER | REBECCA LEVI-COHEN |
| JOHN GLINSMAN | CHRISTINE AMARAL |
| MICHAEL KANE | ADRIAN SFARTI |
| VINCENT GUERCIO | WYNN MILLER |
| MEGAN CARP | RINA SLADE |
| LARA LEPIE | JOSE MARTINEZ |
| TOBIAS BOOKMAN | MARK SURA |
| GABRIEL BOOKMAN | MARIE FLOROV |
| CHRIS TINKHAM | LYLE YAZZIE |
| BARRY LEVINSON | |
| MICHAEL SPIERS | ARIEL J LEVY |
| JAMES TOWNSLEY | CHARLES STEPHAN SPEAR |
| DIEGO BAEZ CARRASCO | JOSEPH M HARAZIM |
| RYAN HALL | DANIEL WIDDOSS |
| WILLIAM WOOD | LISA KLEIN |
| MASON RIES | BAILEY MCCUE |
| KATELYN INMAN | THOMAS B DEHAAS JR |
| CLAIRE LANTERO | JACKSON ETHERIDGE |
| DEREK BROUWER | KAHNYA HUMPHREY |
| NINA WEST | MARK PENTZ |
| GARRETT MCCULLOUGH | MARTIN KLEIN |
| GILBERT STRINGER | CATHLEEN SPIERLING |
| RORY SCHNYDER | SHELDON GROH |
| JORDAN CHRISTIAN | ELIZABETH MARIE DIJULIO |
| DONNY KANOVSKY | JUSTINE E BROWNE |
| MAYA KANOVSKY | GEOFFREY J PREU |
| NILI KANOVSKY | JONATHAN KING |
| SCOTT NEWMAN | KAREN GALINKIN |
| CHRISTOPHER TYSON | ELLEN JOHNSON |
| JOSHUA BAYNE | MONICA CHUNG |
| DIMITRA KALATHAS | GARY JOHNSON |
| LAURA CONCANNON | MORGAN DOUGHERTY |
| SARA KOENIGSBERG | COLTON JOHNSON |
| JOANNE KERBAVAZ | JOHN CARROLL |
| THOMAS DOOLEY | VICTORIA GALARRAGA |
| JENNIFER BOOKMAN | JENNY LEIGH VEILLEUX |
| KURT REICHELT | SOL DANIEL BOUTET |
| BRYCE HEGEMIER | STEVEN CARDENAS |

| | |
|---|---|
| THOMAS WARD HOULIHAN | AMY STEINMETZ |
| LUKE MICHAEL POOLE | ANJA JEANETTE FALENE WRIGHT |
| JESSICA BIELAK | HENRY COBB |
| JOHN MARK HUDGINS | BRETT DERWIN |
| DAVID BASCH | SAMANTHA HAAB |
| JOHN HAROLD LAUNDER | CHAD ANDRADE |
| STANLEY ZIONTS | LOGAN A LUOTO |
| JAMES WOODLEY | ROBERT VASSILIO |
| MOLLY ANN MITCHELL | JAMES DONALD CORIN |
| CHARLES R JANISSE JR | HUDSON LAWRENCE WEST |
| CONCHITA MARIA SNUVERINK | ISABELLE SOPHIA VAGELL |
| JACK WILKINSON | DIANA CUTLER |
| SARAH PAIGE STOCKEBRAND | JEFFREY CLOONAN |
| KATHERINE WILSON | SCOTT TREANOR |
| THADDEUS CLAY BARNES | OWEN E MACDONALD |
| AMY BENTON | DAVE WASSERMAN |
| TANNER JOHN MEYERS | JOHN RICHARD CASNER |
| MATTHEW O'LEARY | PETER T VANSICKLER |
| VIARA CROSBY | TAMARA HIGGINS |
| RAYMOND EARL THOMAS JR | JAMES RALSTON HURD |
| BROOKE WEDDING | MARY B WYLDE |
| WILLIAM DAVID DARBY | ANDREW MARTIN NETZEL |
| JAMES WILEY VAGELL | ROXIE JEAN LYPPS |
| JULIE LYNN NITZSCHE | CAROLINE WADE |
| NICO CRAMER BORNEMANN | ALLEN ROITER |
| STEPHAN GRAHAM | NATALIE GORDON |
| JOHN TURNER | LIAM PALIN |
| DAVID D ERICKSON | MALIA FERGUSON |
| CARLOS HAQUIN ALARCON | EDWARD JOSEPH ASHEN |
| JEREMY BERNARD MONMOINE | JACK ROTHSCHILD |
| PAUL W CALAVAN | WILLIAM L O'BRIEN |
| DARIUS TOMAS WATHEN | MADELINE BEATON |
| | WALDO GOWER |
| TARYN JONES | MAUREEN SCHILLING |
| THOMAS JOSEPH LOGUE | DEBRA K GLOVIN |
| WOJCIECH PUZUK | JAY D LARSON |
| WALTER DAVID EAGAN | SCOTT DAVIDSON |
| DANIEL LEVINE | VANCE CARPENTER PREMAN |
| KYLA JENNIE CARROLL | SAMUEL DELLERT |
| JONAS TUFVESSON | LANNAN ABBOTT |
| EMILIA SADONIS | BRUCE J NOBLE JR |
| MEREDITH BEATON | ERIC EINHORN |
| GIGINA A GIORGI | MARKO PETREKOVIC |
| MARK ODONNELL | NICOLE CLOSE |
| MEAGAN COLLINS | CONNOR DAVID SIRACUSA |

NANCY J LOCKLEAR

MADELINE GORDON

ABIGAIL C READER

AVEN GEHLERT

LAUREN E CISNEROS

MARCO MESSINA

KEITH EVAN SERXNER

KEVIN C WHITE

RYAN THOMAS MORTENSEN

DANIELLE HESS

ALICE FRANCIS

DEE DIANNE C FOUNTAIN

ROBIN PAUL

KRISTOF DE MAROTHY

BARBARA JEAN HORIUCHI

FAYE I MORIN

BRUCE CAULFIELD

DANIEL A COELHO

JONATHAN BENSON ALPER

CHARLOTTE DODD

CARL PONTIUS SWANSON II

RONALD LEROY NAFTZ

ADAM ROBERT JANICKI

TIMOTHY W HOWLEY

RICHARD M GLOVIN

ERIC HERBERT NIILER

EMILY VIVIAN

JUDITH GAY KULETA

NICOLE E SCHULER

CHARLES BERNARD GOLSON

SHEILA MARIE MARTIN

WILLIAM F DOLAN

MAREK SZWEBEL

STEPHEN J SIROTA

AMELIA ASPREY

ROY THOMAS KROENER

OWEN WATERS

CURT RAYMOND ROSKELLEY

SOPHIA JOHANNA BILLE

OTIS WAYLON WEINGUST

DAVID A HENNEKENS

CATHERINE ANNE YU

LAURA A HUHMANN

DAVID JACK HORN

JASON MAXIMUM GEORGE

CAROL ANN WOLCOTT

SEAN PAWLOWSKI

ALEXIS SELLS

JONATHAN GREEN

HEATHER MARIE SODEN

SUSAN KAY LATHROP

DAVID MARTIN BOTT

STEPHANIE GILLARD  IHNAT

MEGHAN KATHLEEN O'CONNELL

CHARLES SMITH

MARK LORENZ

OLIVIA GRACE OLEARY

DAVID KUHR

BONNIE JEAN HANSON

TAMI LYNN CLARK

CALLIE JEAN CUNNINGHAM

LEAH PODLASZEWSKI

JOSEPH E BOUCHARD

ROBERT HUNTER SHRIVER GRABILL

WILLIAM VARKIS GOSHGARIAN

LAURIE F COBB

TRAVIS HENRY NEWELL

ROBERT C HURLEY

ANN N LUARK

COLLEEN MACGILVRAY

DENNIS VINCENT BRINKMAN

KENNETH REESE

ERIC WAYNE NOELL

KATE JEWEL MCMAHON

MORGAN WYRICK GEHANI

JEAN PAGE SCULLY

JENNIFER S SEYFRIED

JAMES EARL HALFHILL

ELLEN T OSTERLING

PAUL W KEEFFE

ALISON KAMINER

GREGORY P KELLEY

DOUGLAS ALAN COLEHOUR

NINA ELLEN STEPHENS

NINA WISE

JONATHAN ROBERT LANGFIELD

GEORGE J URICH

MADISON BAILEY

SPENCER JAMES EVANS

WHITNEY MCELROY

ABIGAIL MELIA MILLER DOUGLAS
ROSTON MILLER MICHAEL HUGH
PICKELL TRISTIN MOWER
CHARLES HOWARD
RYKER COEN RIVINIUS
NICHOLAS DAVID HALL
ERIK CHRISTOPHER HEILMAN
AMY KAUFMAN
DOUGLAS EUGENE GEE
JAMES R MALLOUK
EVIN BRYNNE HARRIS
TIMOTHY J DARLING
THOMAS ALBERT
JOSHUA BEATON
ERIC ALTIMARI
JON ROBERT JACOBSON TYRONE
POLASTRI
ANDREA HALL
JON P BAKKEN
DAVID F P AYERS II
CHARLES EBEL
CRAIG EMORY BURY
DAVE JAMES BORLAND WILLIAM
DAVID CASSANI EMILY DICKEY
MARGARET LESLIE
SYDNEY BELLE PETROWSKI
MARGO CALHOUN
ASHER EVAN WILLIAMS RICHARD
SALE
NICHOLAS C MCCLUSKEY
CHARLES BEATON
CINDY SHOER
ALLISON G BUFFUM
KYLE BLUMIN
SARAH WINCHESTER-ARLOW
RILEY ANN PALMER
JOHN L ALOE
GILLIAN ESSON
WILLIAM THEODORE CULLEN
JOSEPH VINCENT SCHULTES
ROBERT N TRIGG
CHRISTINE FLORENCE SCHEMPP

ROBERT L GREENE
KYLIE LEE ANGULO
ALEXANDER SANFORD HAVENER
DEREK RYLAND
STEPHEN CLYDE BECK
LUCIA ATTEBURY
TAYLOR KEYES
MICHAEL WATERHOUSE VAUGHN
MARK WYLER LEHMAN
ARTHUR CAPPELLO
THOMAS DANNAHER
HENRY CONRAD REUSCH III
LIAM MILLER
FLORIAN WILLIBALD LAUTENSCHLAGER
RAELEIGH MICHELLE HARRIS
MARISSA JOHNSON
MARTIA J CORIN
DANIEL G PETERSON
PATRICIA EINHORN
ADAM HEWSON
DAVID MARC LAIKIN
DAVID A FERRETTI
JACK MCCLUSKEY
ROBERT A ROCCO JR
LAURA SUSAN-STROM HATCH
ANGELO LEOTTA
LAURA LOTHRIDGE
ALTHEA PRESCOTT CRANTON
DONNAMARIE COLASURDO
GOTTFRIED TIMOTHY SCHLAILE
ROBERT C NICKEY
RAYE OLSON
ANN O'DAY
MIRIAM HODGKINS
XAVIER DUFFY
JESSICA VENDITTI
STEVE ROZIER
PAUL EDWARD BIGSBY
VERA KEMPER
GEORGE OGDEN
KRISTEN MICHELLE MULLER
JACOB AUBY
BRAM JENSEN
PETER NOCKA
MICHAEL NEAL WOOD

CARMEN DIANE BAGDON

HUNTER HANSELL

JOAN LESTER

MAX KIRKLAND KERRIGAN

BRAYDON M CURRY

KEITH P FUNGER

LILY ROSE ESPOSITO

HARRIS ROSENBLATT

SUSAN G GALLO

HUDSON PARKS KAMMERER

MARTIN BLANK

RICHARD DANE HOWELL

STEVEN M ROSENBLUM

JOHN JOSEPH MALOOLY

JULIA B SILBER

WILLIAM DEAN HURST

WILLIAM S CHARTER

GENEVIEVE BECK

SUSAN MARHOFFER

MARC LEFKOWITZ

SANDRA CAHILL

JONAH L LEVY

GRACE SCHNEIDER

MARY L MCNAMARA

PATRICK ABRAMSON

KENNETH ENG

BRANDON BARRETT

ORION MIHAILO KOLEIS

CHARLES SUNG HOON YANG

AARON FELDSTEIN

PATRICIA DENISE TATU

SAMUEL MENDOZA

MASON JOSEPH BUCKUN

NATALIE CHADWICK

ROBERT WEBER

MELANI ANGELIQUE HUSTON

CHRISTINE MARIE HENDRY

RACHAEL PHILLIPS

RICHARD BURR SUTLIFF

BECKETT BEATMAN

BRENTON J STEWART

DERICK S BOERKOEL

NEIL RICHARD MARTIN

LEE JOHN SKY

JOHN ALLEN BISHOP

BENJAMIN DODGE

STEVE BOOREN

PATRICIA A THOMPSON

CYNTHIA J PEARSE

RONALD J SZABO

SCOTT WALKER MONTGOMERY

BEVERLY QUAIL

GEORGE H BROWN JR

STEVEN JOHN HEGGERNES

HELENE MARY TAYLOR

ALICE G GRELLIER

CAROLINA FRIGERIO

MATTHEW ASHLEY DEAGOSTINO

KEVIN STIMSON KILLEEN

ANGELA GRIFFITH

TIMOTHY CARBONE

MICHAEL KREISEL

HARRIET CITRON GANSON

CODY EDGERTON COULTER

ALEXANDRIA KILIDDJIAN

SARA SAIDMAN

RANDY BUTLER

CALLIE RILEY

PAUL SCHULER

BRIAN THOMPSON

RONALD M LAUB

SARAH HOPE BERNHOIT

KALEY PARKINSON

MATTHEW GEORGES MAALOUF

CAITLIN TETHEROW

DREW IZZO

JONATHAN EDWARD CORDES

JOSEPH J BENNETT II

FRANCIS PACO X AUMAND III

TERRY L MOORE

THOMASROY PENLAND

LUCAS HORACEK

SCOTT ALDEN ROSSBOROUGH

DAVID LEE STAFFORD JR

COLIN DOUGLAS WALSH

JONAH A JOFFE

BENJAMIN GORDON SHOCKLEY

DENNIS BRUNO

RICHARD HOGG

JEFFREY ALAN CRANE

SCOTT J MACKENZIE

APRIL MARIE SANDBERG

RICH BRANDT

MARTIN E SKOLNICK

MICHAEL DAVID HALL

ZOE MARKHAM

DAVID J SALVIN

SAMUEL PAUL QUATTROCHI

EVAN KLINGER

PATRICIA GRADY

RACHEL STOTTS

CAROL N THEODORE

CHARLES LOUIS MONTAGNA

ALYSSA SPORRER

PAUL JEFFERSON ARMSTRONG

MAYA KALILA TICE

AMY CORSINITA

ELIZA BROCK

KYRIAKINA VALAVANIS

MADISON HARWOOD

FREDERICK KOPLIN

JACALYN FRANCES TOKAYER

AMBER PARUCHA

ARNO C WRIGHT

CHANTAL TOUSIGNANT

MACKENZIE RAE RILEY

NATALIE CRAVEN

EMMA D MACDONALD

RANDALL RIVET

VICTOR PANTALEONI

HEIDI BRUNNER

JORDAN PLASKER

EBERECHI ADIEZE

ROBERT SCHILLING

JOHN KEVIN RACE

ALEXANDER H MACKELLAR

MICHAEL WILLIAM GEORGE

SCOTT KENDALL

ELLA DANIELLE STEELE

LESLIE ANNE BALDWIN

PATRICIA LOUISE DELANEY

CARL FREDRIC HAUSLER

SANDRA ELIZABETH BEHERRELL

LESLIE H STAFFORD

BRAD ONEILL

MARGAUX POTTER

NICHOLAS H SPAIN

ASTRA L OLSON

STEPHEN WELCH SCOTT

JOSEPH MIDDELBURG

BRANDON KYLE CAUSEY

ROGER CARTER

GEORGE GORDON

HORST E ESSL

BREANNA CHARLENE HARDY

THOMAS R MURPHY

ALLISON W MCCLEA

WILEY ROBERT DEAL JR

ROBERT GUILD

PHILIP JOSEPH DERIENZO

MICHAEL L DEMERS

MIKE BALLOU COON

NEIL THOMAS BROWN

JOHN P SWITZER

SEAN O'TOOLE

GORDON DREW OLIVER

BLAINE HALVORSON

STEVEN BENALLY

DANELLE GREER

STANISLAW WEGRZYN

NATALIE BLUM

NATALIE PRZYBYLO

DELBERT BIRK

KATHRYN BROTHERTON

LARISSA WILD

PATRICK WARD

HANA GULLI

HEATHER THOMAS

LUBING LIAN

RICO RIOS

RICHARD ENGEL

TIM DIXON

STAUNTON GOLDING

LEONIE FRANCES

MATTHEW BELLEVILLE

MARK JONES

CHARLES SWANSON

COLTON WALKER

CHRISTOPHER SHINN

AVA OWENS

ABIGAIL STERBA
VICTORIA WISEMAN
JUNE TERENS
SUSAN DRISCOLL
KATHRYN JAKUBOWSKI
ROBERT MESSINA
BENJAMIN WENGER
PHOEBE SMOOT
LARRY TYRRELL
DANIEL GOLDMAN
CAROLINE REMINGA
JESSICA SHULO
MARK SYRACUSA
GRACE CONNOLLY
ELIZABETH MALLEN
ORLA ERDMAN
RANDY GALER
DON WISEMAN
CHRISTOPHER SAILER
CHARLES ROBBINS
RANDALL NELSTEAD
RILEY GUNNING
THOMAS BECK
JUNIA IMEL
WYATT DILLING
TODD LABAUGH
ANDREW JENKINS
JULIA LIAN
MARIQUITA GORDON
LOWELL HART
HARPER DUNN
JULIA HUESSY
JESSICA LIAN
JACKSON MARTIN
JAMES TAYLOR
MARTIN HAQUIN ALARCON
KIM DILLING
RYAN LAMB
SARA TRUPIANO
NATALIE CHUDACOFF
ELEANOR JABLONIC
CHRISTOPHER AUBEL
AMANDA ESTES
BRANDY MURPHY
KEELEY FROST

DATED: April 10, 2026

Respectfully submitted,

*/s/ Joseph M. Sellers*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Joseph M. Sellers
Brian C. Corman
Alisa Tiwari
1100 New York Ave., NW, Suite 800
Washington, DC 20005
202-408-4600
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
atiwari@cohenmilstein.com

*/s/ Edward P. Dietrich*

**EDWARD P. DIETRICH, APC**

Edward P. Dietrich
9465 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Telephone:  310.300.8450
Facsimile:   310.300.8401
edward@dstlegal.com

**OMNUM LAW APC**

Benjamin Galdston
4350 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: 858.539.9767
bgaldston@omnumlaw.com

*Attorneys for Plaintiffs and the Collective
and Proposed Classes*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2026, I electronically filed the foregoing Notice of Consent Filing with the Clerk of Court using the CM/ECF system, which will send electronic notice of such filing to counsel for Defendant Vail Resorts, Inc.

*/s/ Joseph M. Sellers*

Joseph M. Sellers
