IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03569-DDD-NRN

RANDY DEAN QUINT,
JOHN LINN, and
MARK MOLINA,
Individually and On Behalf
Of All Others Similarly Situated,

Plaintiffs,

v.

VAIL RESPORTS, INC., a Delaware corporation,

Defendant.

---

**MOTION FOR WITHDRAWAL OF APPEARNCE OF JOHN CLUNE AS ATTORNY
FOR ATTEMPTED INTERVENOR PLAINTIFFS**

---

Hutchinson Black and Cook LLC and John Clune, local counsel for Attempted Intervenor Plaintiffs Christopher Hamilton, Anna Gibson, Zachariah Saiz-Hayers, William Berrier, Matthew Allen, Adam Heggen, and Paul Roberds (the "Attempted Intervenors") respectfully move this Court for an order allowing Mr. Clune to withdraw as local counsel for Attempted Intervenors, and in support states as follows.

1. Certificate of Conferral: Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel certifies that he has conferred with co-counsel for Attempted Intervenors, Rebecca Peterson-Fischer of the law firm Katz Banks Kumin, regarding the Motion and the Attempted Intervenors do not oppose this withdrawal.

2. An Order Denying Attempted Intervenors' Intervention was entered on January 22, 2026, by Judge Daniel D. Domenico further eliminating the need for undersigned counsel to continue as counsel for Attempted Intervenors (Dkt. No. 296).

3. The Attempted Intervenors will not be prejudiced by the granting of this Motion.

4. Under Colorado Rule of Professional Conduct 1.16, which applies to this Court through D.C.COLO.LAtty R 2(a), a lawyer may withdraw if "withdrawal can be accomplished without material adverse effect on the interests of the client."

5. There is good cause to grant the Motion for Withdrawal because Mr. Clune's withdrawal will not materially adversely affect the interests of the Attempted Intervenors, as they will continue to be capably represented by Ms. Peterson-Fischer on any related matters.

6. Pursuant to D.C.COLO.LAttyR 5, a copy of this Motion is being served on all counsel of record, Plaintiffs and Defendants.

WHEREFORE, undersigned counsel respectfully requests the court grant Mr. Clune's Motion to Withdraw as counsel for Attempted Intervenors.

Respectfully submitted this 14th day of April, 2026.

*s/ John Clune*_____
John C. Clune (CO Bar No. 27684)
Hutchinson Black and Cook, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
(303) 442-6514
john.clune@hbcboulder.com
