IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 20-cv-03569-DDD-NRN          Date:  April 15, 2026
Courtroom Deputy: Román Villa                        FTR:   Courtroom A401

| _Parties:_ | _Counsel:_ |
|---|---|
| RANDY DEAN QUINT, et al, | Edward Dietrich |
|  | Alisa Tiwari |
|  | Benjamin Gladston |
|  | Brian Corman |
| Plaintiffs, | |
| v. | |
| VAIL RESORTS, INC., | Jeffrey Rudd |
|  | Marielle Moore |
| Defendant. | |

**COURTROOM MINUTES**

**TELEPHONIC DISCOVERY HEARING**

**9:28 a.m.     Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court pursuant to a minute order issued on April 13, 2026 setting a discovery conference.  The Parties emailed directly to Chambers what was termed a Joint Discovery Statement.  On close inspection, this is not a discovery dispute.  Plaintiffs were seeking amendment of Judge Domenico's prior order approving notice to the collective, so as to allow for notice via text message, to allow for an extension of the notice deadline, and to require Vail to produce additional addresses of foreign ski instructors.  This should have been filed as a formal motion seeking relief from a prior order of the Court.

For the reasons set forth on the record, this Court will not grant any relief. The Joint Statement has been filed at ECF No. 304 and is construed as a formal motion to modify Judge Domenico's Order to Disseminate Notice (ECF No. 297).  The issues raised in

ECF No. 304 are now before Judge Domenico for consideration.  If the matter is referred by Judge Domenico, it will be addressed by this Court.

**9:50 a.m.        Court in recess.**

Hearing concluded.
Total in-court time:   00:22

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.