**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03569-DDD-NRN

RANDY DEAN QUINT,
JOHN LINN, and
MARK MOLINA,
Individually and On Behalf of All Others Similarly Situated,

      Plaintiffs,

          v.

VAIL RESORTS, INC., a Delaware Corporation,

      Defendant.

---

**PLAINTIFFS' NOTICE OF CONSENT FILING**

---

PLEASE BE ON NOTICE that, pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

attached 253 Consent Forms for the following persons:

JOHN PETER REIMERS
JACQUELINE EWING
GRANT FELLOWS
RICKY S PARKS
JAMES ADAM HAZEL
DOUGLAS E
WAHLQUIST
KEVIN WILSON
NICHOLAS DEAN
CROUCH
JACKSON LEE-MEYERS
CELIA BEAL LUNER
DRAKE ZACHERY
WEBB
CHRISTOPHER
VINCENT
RACHEL BODILY

SUZANNE SZERMER
GARY ALLEN WILKE
OLIVER KAPLAN
ELIZABETH BARKER
BREDE MICALAH
FUCHS
HALEY JEAN
ANDERSON
ANNABEL K FLETCHER
AYANNA SANGHAVI
ANDERS GEISEN
NATASHA STOTT
RHEAGAN BRYANT
JOSEPH LONG
INGRID STEIN MULLER
GENE GAUTIERI
MACK HOLLAND III
DAVID CUTLER-
KREUTZ
CHRISTOPHER
ROBERTS
MICHAEL OWEN
BERGESON
WILLIAM WATSON
DAVISON
CHRISTOPHER
LOMBARD
GARRETT N HOPKINS
KRISTON SEWARD
CODY MULLEN
MARIA TERESA
HENDERSON
MARK ROBINSON
TOM KARR
ALYSSA BELTZ
DAWN STONE MULLIN
STONE LIEBERMAN
ANTHONY TAPIA
KAREN J UHLAENDER
ERIN KATHLEEN BELLO
MARK OLIVER NORELL
HELENA VOSS
ALEXANDRA PEARL
DOMINIC CAMILLACI
EUGENE HOFACKER

3

KEREN MARKUZE
ROGER RICHARD
REMUS
NANCY ANN SCHOTT
JAMES GIBSON
HUEBNER
WILLIAM SCOTT
LYNCH
MARCO DESANTIS
DAVID BAIRD
NANAMI MATSUI
JOB NAJERA
CRAIG E LATHRAM
CHARLES KOLLMER
CHARLOTTE
HEMESATH
JAY CRAWFORD
JANE HAMLIN
CHRISTIAN
HAEUSERMANN
SHANNON SMYTHE
KAREN M SULLIVAN
ABIGALE
LAURENCELLE
KATHLEEN O'DONNELL
BRIAN FLANAGAN
WENDY CONROY
JOHN ALEXANDER
PAUL KERCHER
ELI FRASER
SUSAN E DORN
STEPHEN E OHMS
DANA CARLSON
PAUL GEORGOULIS
GABRIEL WALKER
ELEANOR ANNE
JACQUES
JACOB DANIEL
HANCOCK
KYLE LEONIA
JONATHAN KLOPP
LUKE IAN ANDERSON
MARYKATHLEEN
COLLINS
CHRISTOPHER BARR

MARIE CHILTON
REVE TORTEL
ELIZABETH ABRAMS
KAARE SVASAND
DEBORAH LATHRAM
HELEN MARGARET
GIES
MICHAEL PATRICK
O'KEEFE
MARK DANIEL CONLON
ARTHUR S BAKER
WILLIAM FRANCIS
MARGARET
LOCKWOOD
DEREK FREEDMAN
ENGELBERT GAL
DIANA PEARL
SARAH SINGLETON
JASON CARRELL
TERRILL SAMURA
NICOLE TOMITA
IAN DIVOLL
MICHAEL OLSEN
AMIE BROOKE
ELIZABETH MECKEL
JAMES MICHAEL DUFF
MICHAEL FREDRICK
BASS
MATTHEW BLANK
LESLIE ARWIN
GLENN ALLEN
ERICKSON
STEVEN VITALE
ROBERT DIETRICH
ERIC BLEY
ROBERT SANFORD
GUNNAR MOBERG
DAVID THOMAS
ROBERT P DELL'AMORE
PETER SCHMIDT
STEVEN M PARENT
CASEY MATTHEW
HYMAN
STACI HAGEN-
WHITEBREAD

4

KATHERINE BALES
PATRICIA WAI
THOMAS COPE
CHEYENNE DODD
CHARLENE MCKINNEY
ALAN BERGERON
ROBERT GROVER
AMY YUET-WAH TSUI
RICHARD HODAS
DEVON GILBERT
PETER KYLE
WAYNE THOMAS
WRIGHT
GRAYSON BRUCE
CONNOR
MAVERICK WHITE
ANN TRUELOVE
CATHERINE JOAN
NEWMAN
JAMES DEATHERAGE
BRYAN MEYUNG
MATTHEW PEARL
GREGORY T KELLY
GREG ROEHL
SAMUEL PATRICK
ROCK
KELLY HOLT
MAKENA HILLMAN
EDWARD S CARROLL JR
PAIGE ALEXANDER
WALLNER
QUINN JOHNSTON
O'HARA
SHANNON LUNDQUIST
DANIEL FRAZER
ISABELLA HAAS
MADISON LONGO
SAGE LAFLEUR
DANA OTOPALIK
THOMAS RICHARD
RUEMMLER
GRIFFIN AGNESE
JACKSON SHARPE
DAVID PAUL ALTIERI

5

KATHLEEN ELIZABETH
REECE
CHRISTINE ARMITAGE
LAURA JOHNSTON
TIFFANY PARLATORE
AMY-LOUISE HARTLEY
RUSH BARRETT
STEELMAN
OWEN COPE
CURTIS THEODORE
FRIDIRICI
RANDELL M REID
ROBERT DEAN
WAGNER
RYAN MERRELL
ROBERTA M BOYD
JAMES HAEFFNER
AVA DECONCINI
ANASTASIA
ANGELOVA
GEOFFREY BOOTH
PATRICK TAGUE
LAURIE PATTON WILKE
BRADLEY O PARKS
NOAH A GUERRIERO
WARREN R KNIPPLE
SHAUNA MARIE SMITH
RICHARD GRIFFIN
DONALD ORR
TERRENCE CHARLES
COUPE
JENNA WHITNEY KANE
STEVEN RAY HENRY
BJORN SIGURDSSON
SEAMUS KELLY
LAURA LANDRE-
GIRTEN
CHARLES LAWLER
EDWIN BRIAN KEATING
LUCAS JAMES WAGGLE
HAYDEN SCOTT
YIFEI WANG
JASON KLEVAN
JOHN MALONEY
ALAN MATTHEW GOOD

JOSEPH RAFFERTY
DENNIS FLANAGAN
JOANNE AMELIA
ROBERTS
JASON STAHL
ANTHONY TORTONA
LOGAN SEBEK
JUNE ROSE MURNIEKS
CARRIE PIPER
JEFFREY ROBERT
SNYDER
PETER GLENN WARREN
ADRIANNA LAKOTA
MICHELLE M
LINGENFELSER
KAREN CARLSON
DOUGLAS STUART
NORDMEYER
BETSY NEVIN
DAVID R CHESNEY
ZOE WALKER
RYAN KESTER
NELSON DIAZ
LAURA PANSIRE
JAMES BRENNEMAN
PATTY PITTMAN
BENJAMIN KNIGHT
CAROL ADAMS
JORDANA ROSE ETS-
HOKIN
COLLIN M SHEA
ANDREW MITCHELL
AMBER MOIR
CHRISTOPHER B
MEYER
GEORGE W FACTEAU
LEE ANN BLASCOVICH
JOHN JOSEPH
GLENDENING
JOHN G BERGDOLL
BETH STEELE
LARRY ROUSH
LYNN HASDAY
NOAH HOPKINS
CAMERON HUTCHINS

7

MITZI RIVAS
CLARE J HEFFERREN
DOUGLAS G AVERY
JAMES AUSTIN KEENS
LINDA O'CONNOR
ASHER ORENSTEIN
LINDSAY DAUGHERTY
GREGORY GIPE
JUAN AGNESE
SHELEE BRENNEMAN
KAILEY HERMAN
MARK COPPLE
RICHARD HOELSCHER
MARQUIS RIOS
MARJORIE BELSKY
JENNIFER FOSTER

DATED: April 16, 2026

Respectfully submitted,

*/s/ Joseph M. Sellers*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Joseph M. Sellers
Brian C. Corman
Alisa Tiwari
1100 New York Ave., NW, Suite 800
Washington, DC 20005
202-408-4600
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
atiwari@cohenmilstein.com

*/s/ Edward P. Dietrich*

**EDWARD P. DIETRICH, APC**

Edward P. Dietrich
9465 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Telephone:  310.300.8450
Facsimile:   310.300.8401
edward@dstlegal.com

8

**OMNUM LAW APC**
Benjamin Galdston
4350 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: 858.539.9767
bgaldston@omnumlaw.com

*Attorneys for Plaintiffs and the Collective and
Proposed Classes*

9

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I electronically filed the foregoing Notice of Consent Filing with the Clerk of Court using the CM/ECF system, which will send electronic notice of such filing to counsel for Defendant Vail Resorts, Inc.

*/s/ Joseph M. Sellers*

Joseph M. Sellers