Attachment

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, JOHN REIMERS, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

JOHN PETER REIMERS
Full Legal Name (please PRINT clearly)

/S/ JOHN PETER REIMERS
Signature

3/30/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Jacqueline Ewing, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Jacqueline Ewing
Full Legal Name (please PRINT clearly)


/S/ Jacqueline Ewing
Signature


4/12/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Grant Fellows, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Grant Scott Fellows
Full Legal Name (please PRINT clearly)


/S/ Grant Scott Fellows
Signature


4/8/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, RICK PARKS, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

RICKY S PARKS
Full Legal Name (please PRINT clearly)

/S/ RICKY S PARKS
Signature

3/20/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, JAMES, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


JAMES ADAM HAZEL
Full Legal Name (please PRINT clearly)


/S/ JAMES ADAM HAZEL
Signature


3/30/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, DOUGLAS E WAHLQUIST, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


DOUGLAS E WAHLQUIST
Full Legal Name (please PRINT clearly)


/S/ DOUGLAS E WAHLQUIST
Signature


4/1/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, Kevin Joseph Wilson, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Kevin Wilson
Full Legal Name (please PRINT clearly)

/S/ Kevin Wilson
Signature

4/6/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, NICHOLAS CROUCH, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


NICHOLAS DEAN CROUCH
Full Legal Name (please PRINT clearly)


/S/ NICHOLAS DEAN CROUCH
Signature


3/26/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Jackson P. Lee-Meyers, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor

after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the

lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required

to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the

lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid

off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Jackson lee meyers
Full Legal Name (please PRINT clearly)

/S/ Jackson lee meyers
Signature

4/8/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, CELIA LUNER, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


CELIA BEAL LUNER
Full Legal Name (please PRINT clearly)


/S/ CELIA BEAL LUNER
Signature


4/4/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, DRAKE, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


DRAKE ZACHERY WEBB
Full Legal Name (please PRINT clearly)


/S/ DRAKE ZACHERY WEBB
Signature


3/17/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Christopher Vincent, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Christopher A Vincent
Full Legal Name (please PRINT clearly)


/S/ Christopher A Vincent
Signature


4/13/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, Rachel Bodily, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Rachel Bodily
Full Legal Name (please PRINT clearly)

/S/ Rachel Bodily
Signature

4/13/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, Suzanne Louise Szermer, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Suzanne Szermer
Full Legal Name (please PRINT clearly)


/S/ Suzanne Szermer
Signature


4/8/2026
Date


Questions? Visit www.VailResortsInstructorWageLitigation.com or call 855-680-2842
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy

1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, GARY WILKE, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

GARY ALLEN WILKE
Full Legal Name (please PRINT clearly)

/S/ GARY ALLEN WILKE
Signature

3/27/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Oliver Kaplan, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Oliver Kaplan
Full Legal Name (please PRINT clearly)

/S/ Oliver Kaplan
Signature

4/13/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, ELIZABETH BARKER, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


ELIZABETH BARKER
Full Legal Name (please PRINT clearly)


/S/ ELIZABETH BARKER
Signature


4/7/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, BREDE, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

BREDE MICALAH FUCHS
Full Legal Name (please PRINT clearly)

/S/ BREDE MICALAH FUCHS
Signature

3/30/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, HALEY, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


HALEY JEAN ANDERSON
Full Legal Name (please PRINT clearly)


/S/ HALEY JEAN ANDERSON
Signature


3/10/2026
Date


Questions? Visit www.VailResortsInstructorWageLitigation.com or call 855-680-2842
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, ANNABEL FLETCHER, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


ANNABEL K FLETCHER
Full Legal Name (please PRINT clearly)


/S/ ANNABEL K FLETCHER
Signature


4/6/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Ayanna Sanghavi, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Ayanna Sanghavi
Full Legal Name (please PRINT clearly)


/S/ Ayanna Sanghavi
Signature


4/8/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Anders Bjorn Geisen, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Anders Geisen
Full Legal Name (please PRINT clearly)


/S/ Anders Geisen
Signature


4/10/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, NATASHA STOTT, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


NATASHA STOTT
Full Legal Name (please PRINT clearly)


/S/ NATASHA STOTT
Signature


3/26/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Rheagan Bryant, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Rheagan Bryant
Full Legal Name (please PRINT clearly)

/S/ Rheagan Bryant
Signature

4/9/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, JOSEPH LONG, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


JOSEPH LONG
Full Legal Name (please PRINT clearly)


/S/ JOSEPH LONG
Signature


3/18/2026
Date


Questions? Visit www.VailResortsInstructorWageLitigation.com or call 855-680-2842
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy
1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, Ingrid Stein Muller, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Ingrid Stein M.
Full Legal Name (please PRINT clearly)


/S/ Ingrid Stein M.
Signature


4/11/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, GENE GAUTIERI, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


GENE GAUTIERI
Full Legal Name (please PRINT clearly)


/S/ GENE GAUTIERI
Signature


3/26/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, MACK HOLLAND, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


MACK HOLLAND III
Full Legal Name (please PRINT clearly)


/S/ MACK HOLLAND III
Signature


3/15/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, David Cutler-Kreutz, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

David Cutler-Kreutz
Full Legal Name (please PRINT clearly)

/S/ David Cutler-Kreutz
Signature

4/13/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Christopher Roberts, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Christopher Roberts
Full Legal Name (please PRINT clearly)

/S/ Christopher Roberts
Signature

4/13/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, M BERGESON, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

MICHAEL OWEN BERGESON
Full Legal Name (please PRINT clearly)

/S/ MICHAEL OWEN BERGESON
Signature

3/15/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, WILLIAM W DAVISON, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


WILLIAM WATSON DAVISON
Full Legal Name (please PRINT clearly)


/S/ WILLIAM WATSON DAVISON
Signature


4/1/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, Christopher Lombard, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Christopher Lombard
Full Legal Name (please PRINT clearly)


/S/ Christopher Lombard
Signature


4/13/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, GARRETT HOPKINS, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


GARRETT N HOPKINS
Full Legal Name (please PRINT clearly)


/S/ GARRETT N HOPKINS
Signature


3/27/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, Kriston Seward, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Kriston Seward
Full Legal Name (please PRINT clearly)


/S/ Kriston Seward
Signature


4/10/2026
Date

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOIN COLLECTIVE ACTION

I, , have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


CODY MULLEN
Full Legal Name (please PRINT clearly)


/S/ CODY MULLEN
Signature


3/20/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, MARIA T HENDERSON, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


MARIA T HENDERSON
Full Legal Name (please PRINT clearly)


/S/ MARIA T HENDERSON
Signature


3/24/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, MARK ROBINSON, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

MARK ROBINSON
Full Legal Name (please PRINT clearly)

/S/ MARK ROBINSON
Signature

3/26/2026
Date

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, Tom Karr, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


tom karr
Full Legal Name (please PRINT clearly)


/S/ tom karr
Signature


4/6/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, ALYSSA BELTZ, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


ALYSSA BELTZ
Full Legal Name (please PRINT clearly)


/S/ ALYSSA BELTZ
Signature


3/22/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, Dawn Stone Mullin, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Dawn Stone Mullin
Full Legal Name (please PRINT clearly)


/S/ Dawn Stone Mullin
Signature


4/9/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Stone Lieberman, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Stone Lieberman
Full Legal Name (please PRINT clearly)


/S/ Stone Lieberman
Signature


4/10/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, Anthony Tapia, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Anthony Tapia
Full Legal Name (please PRINT clearly)


/S/ Anthony Tapia
Signature


4/7/2026
Date

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, KAREN, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


KAREN J UHLAENDER
Full Legal Name (please PRINT clearly)


/S/ KAREN J UHLAENDER
Signature


3/6/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, ERIN BELLO, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


ERIN KATHLEEN BELLO
Full Legal Name (please PRINT clearly)


/S/ ERIN KATHLEEN BELLO
Signature


3/28/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, MARK OLIVER NORELL, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


MARK OLIVER NORELL
Full Legal Name (please PRINT clearly)


/S/ MARK OLIVER NORELL
Signature


3/25/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Helena Voss, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Helena Voss
Full Legal Name (please PRINT clearly)

/S/ Helena Voss
Signature

4/6/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, ALEX PEARL, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


ALEXANDRA PEARL
Full Legal Name (please PRINT clearly)


/S/ ALEXANDRA PEARL
Signature


3/29/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Dominic Camillaci, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Dominic Camillaci
Full Legal Name (please PRINT clearly)


/S/ Dominic Camillaci
Signature


4/12/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, EUGENE HOFACKER, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


EUGENE HOFACKER
Full Legal Name (please PRINT clearly)


/S/ EUGENE HOFACKER
Signature


3/21/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Keren Markuze, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Keren Markuze
Full Legal Name (please PRINT clearly)

/S/ Keren Markuze
Signature

4/10/2026
Date

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, ROGER REMUS, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

ROGER RICHARD REMUS
Full Legal Name (please PRINT clearly)

/S/ ROGER RICHARD REMUS
Signature

3/31/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, NANCY SCHOTT, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

NANCY ANN SCHOTT
Full Legal Name (please PRINT clearly)

/S/ NANCY ANN SCHOTT
Signature

3/27/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, JIM HUEBNER, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


JAMES GIBSON HUEBNER
Full Legal Name (please PRINT clearly)


/S/ JAMES GIBSON HUEBNER
Signature


3/31/2026
Date

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, WILLIAM SCOTT LYNCH, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

WILLIAM SCOTT LYNCH
Full Legal Name (please PRINT clearly)

/S/ WILLIAM SCOTT LYNCH
Signature

3/20/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, MARCO, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


MARCO DESANTIS
Full Legal Name (please PRINT clearly)


/S/ MARCO DESANTIS
Signature


4/10/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, David Baird, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


David Baird
Full Legal Name (please PRINT clearly)


/S/ David Baird
Signature


4/11/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, NANAMI MATSUI, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

NANAMI MATSUI
Full Legal Name (please PRINT clearly)

/S/ NANAMI MATSUI
Signature

3/1/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, Job A Najera, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Job A Najera-Duran
Full Legal Name (please PRINT clearly)


/S/ Job A Najera-Duran
Signature


4/12/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOIN COLLECTIVE ACTION

I, CRAIG LATHRAM, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

CRAIG E LATHRAM
Full Legal Name (please PRINT clearly)

/S/ CRAIG E LATHRAM
Signature

3/30/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Charles Kollmer, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Charles Kollmer
Full Legal Name (please PRINT clearly)

/S/ Charles Kollmer
Signature

4/11/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Charlotte Camillaci, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Charlotte M Camillaci
Full Legal Name (please PRINT clearly)

/S/ Charlotte M Camillaci
Signature

4/12/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, , have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

JAMES "JAY" A CRAWFORD
Full Legal Name (please PRINT clearly)

/S/ JAMES "JAY" A CRAWFORD
Signature

3/26/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, Jane Elizabeth Hamlin, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Jane E Hamlin
Full Legal Name (please PRINT clearly)


/S/ Jane E Hamlin
Signature


4/8/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, HAEUSERMANN CHRISTIAN, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


CHRISTIAN HAEUSERMANN
Full Legal Name (please PRINT clearly)


/S/ CHRISTIAN HAEUSERMANN
Signature


3/25/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, Shannon Smythe, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Shannon Smythe
Full Legal Name (please PRINT clearly)


/S/ Shannon Smythe
Signature


4/10/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, KAREN, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


KAREN M SULLIVAN
Full Legal Name (please PRINT clearly)


/S/ KAREN M SULLIVAN
Signature


3/31/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, ABIGALE LAURENCELLE, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


ABIGALE LAURENCELLE
Full Legal Name (please PRINT clearly)


/S/ ABIGALE LAURENCELLE
Signature


4/6/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Kathleen ODonnell, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Kathleen ODonnell
Full Legal Name (please PRINT clearly)


/S/ Kathleen ODonnell
Signature


4/6/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Brian Kevin Flanagan, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Brian Flanagan
Full Legal Name (please PRINT clearly)

/S/ Brian Flanagan
Signature

4/12/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, wendy claire conroy, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


wendy c. conroy
Full Legal Name (please PRINT clearly)


/S/ wendy c. conroy
Signature


4/7/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, John Alexander, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

John Alexander
Full Legal Name (please PRINT clearly)

/S/ John Alexander
Signature

4/12/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, Paul Allison Kercher jr, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Paul kercher
Full Legal Name (please PRINT clearly)


/S/ Paul kercher
Signature


4/7/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Eli Henry Fraser, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Eli Fraser
Full Legal Name (please PRINT clearly)


/S/ Eli Fraser
Signature


4/6/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, SUSAN DORN, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


SUSAN E DORN
Full Legal Name (please PRINT clearly)


/S/ SUSAN E DORN
Signature


3/27/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, STEVE OHMS, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

STEPHEN E OHMS
Full Legal Name (please PRINT clearly)

/S/ STEPHEN E OHMS
Signature

3/27/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, DANA CARLSON, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


DANA CARLSON
Full Legal Name (please PRINT clearly)


/S/ DANA CARLSON
Signature


3/4/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Paul Henry Georgoulis, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Paul Georgoulis
Full Legal Name (please PRINT clearly)

/S/ Paul Georgoulis
Signature

4/6/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, GABE, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

GABRIEL WALKER
Full Legal Name (please PRINT clearly)

/S/ GABRIEL WALKER
Signature

3/15/2026
Date

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, ELLIE JACQUES, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

ELEANOR ANNE JACQUES
Full Legal Name (please PRINT clearly)

/S/ ELEANOR ANNE JACQUES
Signature

3/24/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, JACOB HANCOCK, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


JACOB DANIEL HANCOCK
Full Legal Name (please PRINT clearly)


/S/ JACOB DANIEL HANCOCK
Signature


3/30/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOIN COLLECTIVE ACTION

I, KYLE LEONIA, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

KYLE LEONIA
Full Legal Name (please PRINT clearly)

/S/ KYLE LEONIA
Signature

3/30/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Jonathan Klopp, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Jonathan Klopp
Full Legal Name (please PRINT clearly)


/S/ Jonathan Klopp
Signature


4/10/2026
Date


Questions? Visit www.VailResortsInstructorWageLitigation.com or call 855-680-2842
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, LUKE ANDERSON, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


LUKE IAN ANDERSON
Full Legal Name (please PRINT clearly)


/S/ LUKE IAN ANDERSON
Signature


3/24/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, MaryKathleen Collins, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


MaryKathleen Collins
Full Legal Name (please PRINT clearly)


/S/ MaryKathleen Collins
Signature


4/6/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Christopher Barr, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

chris barr
Full Legal Name (please PRINT clearly)

/S/ chris barr
Signature

4/8/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOIN COLLECTIVE ACTION

I, Marie Chilton, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Marie Chilton
Full Legal Name (please PRINT clearly)


/S/ Marie Chilton
Signature


4/9/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, REVE TORTEL, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


REVE TORTEL
Full Legal Name (please PRINT clearly)


/S/ REVE TORTEL
Signature


4/6/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Elizabeth Abrams, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Elizabeth Abrams
Full Legal Name (please PRINT clearly)


/S/ Elizabeth Abrams
Signature


4/13/2026
Date

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, KAARE SVASAND, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

KAARE SVASAND
Full Legal Name (please PRINT clearly)

/S/ KAARE SVASAND
Signature

3/31/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, DEBORAH LATHRAM, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


DEBORAH LATHRAM
Full Legal Name (please PRINT clearly)


/S/ DEBORAH LATHRAM
Signature


3/30/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, HELEN GIES, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

HELEN MARGARET GIES
Full Legal Name (please PRINT clearly)

/S/ HELEN MARGARET GIES
Signature

3/8/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, MICHAEL, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


MICHAEL PATRICK O'KEEFE
Full Legal Name (please PRINT clearly)


/S/ MICHAEL PATRICK O'KEEFE
Signature


4/5/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, MARK CONLON, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


MARK DANIEL CONLON
Full Legal Name (please PRINT clearly)


/S/ MARK DANIEL CONLON
Signature


3/22/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, ARTHUR BAKER, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


ARTHUR S BAKER
Full Legal Name (please PRINT clearly)


/S/ ARTHUR S BAKER
Signature


3/23/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, William Roy Francis III, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


William Roy Francis III
Full Legal Name (please PRINT clearly)


/S/ William Roy Francis III
Signature


4/9/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, MARGARET LOCKWOOD, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


MARGARET LOCKWOOD
Full Legal Name (please PRINT clearly)


/S/ MARGARET LOCKWOOD
Signature


3/27/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, Derek Freedman, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Derek Freedman
Full Legal Name (please PRINT clearly)


/S/ Derek Freedman
Signature


4/12/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, Engelbert Gal, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Engelbert Gal
Full Legal Name (please PRINT clearly)


/S/ Engelbert Gal
Signature


4/8/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, DIANA PEARL, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

DIANA PEARL
Full Legal Name (please PRINT clearly)

/S/ DIANA PEARL
Signature

3/28/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, Sarah Lillian Singleton, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Sarah Singleton
Full Legal Name (please PRINT clearly)


/S/ Sarah Singleton
Signature


4/10/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, Jason Carrell, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Jason Carrell
Full Legal Name (please PRINT clearly)

/S/ Jason Carrell
Signature

4/9/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, SAMURA, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


TERRILL SAMURA
Full Legal Name (please PRINT clearly)


/S/ TERRILL SAMURA
Signature


3/27/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Nicole S Tomita, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Nicole Tomita
Full Legal Name (please PRINT clearly)

/S/ Nicole Tomita
Signature

4/6/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, Ian Divoll, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Ian Divoll
Full Legal Name (please PRINT clearly)


/S/ Ian Divoll
Signature


4/7/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Michael Olsen, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


M.J. Olsen
Full Legal Name (please PRINT clearly)


/S/ M.J. Olsen
Signature


4/10/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, AMIE E BROOKE, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Amie Brooke
Full Legal Name (please PRINT clearly)


/S/ Amie Brooke
Signature


4/8/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOIN COLLECTIVE ACTION

I, Elizabeth Meckel, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


elizabeth f. meckel
Full Legal Name (please PRINT clearly)


/S/ elizabeth f. meckel
Signature


4/12/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, JAMES M DUFF, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

JAMES MICHAEL DUFF
Full Legal Name (please PRINT clearly)

/S/ JAMES MICHAEL DUFF
Signature

3/6/2026
Date

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, MIKE BASS, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


MICHAEL FREDRICK BASS
Full Legal Name (please PRINT clearly)


/S/ MICHAEL FREDRICK BASS
Signature


3/30/2026
Date

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, Matthew Blank, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Matthew Blank
Full Legal Name (please PRINT clearly)


/S/ Matthew Blank
Signature


4/8/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, LESLIE ARWIN, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

LESLIE ARWIN
Full Legal Name (please PRINT clearly)

/S/ LESLIE ARWIN
Signature

3/31/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, GLENN ERICKSON, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


GLENN ALLEN ERICKSON
Full Legal Name (please PRINT clearly)


/S/ GLENN ALLEN ERICKSON
Signature


3/29/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, Steven Michael Vitale, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Steven M. Vitale
Full Legal Name (please PRINT clearly)


/S/ Steven M. Vitale
Signature


4/11/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, Robert Dietrich, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Robert Dietrich
Full Legal Name (please PRINT clearly)


/S/ Robert Dietrich
Signature


4/12/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, Eric Robert Bley, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Eric Bley
Full Legal Name (please PRINT clearly)

/S/ Eric Bley
Signature

4/8/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Robert sanford, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Robert Sanford
Full Legal Name (please PRINT clearly)

/S/ Robert Sanford
Signature

4/7/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, GUNNAR MOBERG, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


GUNNAR MOBERG
Full Legal Name (please PRINT clearly)


/S/ GUNNAR MOBERG
Signature


3/25/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, DAVID THOMAS, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


DAVID THOMAS
Full Legal Name (please PRINT clearly)


/S/ DAVID THOMAS
Signature


3/17/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, ROBERT DELL'AMORE, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

ROBERT P DELL'AMORE
Full Legal Name (please PRINT clearly)

/S/ ROBERT P DELL'AMORE
Signature

4/1/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, Peter Ochsner Schmidt, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Peter  O. Schmidt
Full Legal Name (please PRINT clearly)


/S/ Peter  O. Schmidt
Signature


4/8/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, STEVEN PARENT, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


STEVEN M PARENT
Full Legal Name (please PRINT clearly)


/S/ STEVEN M PARENT
Signature


4/6/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, CASEY, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

CASEY MATTHEW HYMAN
Full Legal Name (please PRINT clearly)

/S/ CASEY MATTHEW HYMAN
Signature

3/25/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, STACI HAGEN-WHITEBREAD, have been employed by Vail Resorts, Inc. as a Snow Sports

Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party

plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I

may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the

lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid

off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


STACI HAGEN-WHITEBREAD
Full Legal Name (please PRINT clearly)


/S/ STACI HAGEN-WHITEBREAD
Signature


3/17/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, KB, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

KATHERINE BALES
Full Legal Name (please PRINT clearly)

/S/ KATHERINE BALES
Signature

4/2/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Patricia A Wai, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Patricia Wai
Full Legal Name (please PRINT clearly)

/S/ Patricia Wai
Signature

4/10/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, Thomas Cope, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Thomas Cope
Full Legal Name (please PRINT clearly)


/S/ Thomas Cope
Signature


4/6/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, Cheyenne Dodd, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Cheyenne Dodd
Full Legal Name (please PRINT clearly)


/S/ Cheyenne Dodd
Signature


4/8/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Charlene F. McKinney, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Charlene F. McKinney
Full Legal Name (please PRINT clearly)


/S/ Charlene F. McKinney
Signature


4/9/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Alan John Bergerom, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Alan J Bergeron
Full Legal Name (please PRINT clearly)


/S/ Alan J Bergeron
Signature


4/10/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOIN COLLECTIVE ACTION

I, Robert Grover, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Robert Grover
Full Legal Name (please PRINT clearly)


/S/ Robert Grover
Signature


4/7/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOIN COLLECTIVE ACTION

I, AMY TSUI, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


AMY YUET-WAH TSUI
Full Legal Name (please PRINT clearly)


/S/ AMY YUET-WAH TSUI
Signature


3/31/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Rick Hodas, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Richard Hodas
Full Legal Name (please PRINT clearly)


/S/ Richard Hodas
Signature


4/13/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, DEVON GILBERT, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


DEVON GILBERT
Full Legal Name (please PRINT clearly)


/S/ DEVON GILBERT
Signature


4/7/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Peter Kyle, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Peter Kyle
Full Legal Name (please PRINT clearly)


/S/ Peter Kyle
Signature


4/11/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, WAYNE WRIGHT, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


WAYNE THOMAS WRIGHT
Full Legal Name (please PRINT clearly)


/S/ WAYNE THOMAS WRIGHT
Signature


3/21/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, GRAYSON BRUCE CONNOR, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


GRAYSON BRUCE CONNOR
Full Legal Name (please PRINT clearly)


/S/ GRAYSON BRUCE CONNOR
Signature


4/1/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOIN COLLECTIVE ACTION

I, MAVERICK WHITE, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


MAVERICK WHITE
Full Legal Name (please PRINT clearly)


/S/ MAVERICK WHITE
Signature


3/8/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Ann Truelove, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Ann Truelove
Full Legal Name (please PRINT clearly)

/S/ Ann Truelove
Signature

4/7/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, CATHERINE JOAN NEWMAN, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


CATHERINE JOAN NEWMAN
Full Legal Name (please PRINT clearly)


/S/ CATHERINE JOAN NEWMAN
Signature


3/11/2026
Date

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, James Michael Deatherage, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


James M Deatherage
Full Legal Name (please PRINT clearly)


/S/ James M Deatherage
Signature


4/8/2026
Date

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, Bryan Meyung, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Bryan meyung
Full Legal Name (please PRINT clearly)


/S/ Bryan meyung
Signature


4/11/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, MATTHEW PEARL, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


MATTHEW PEARL
Full Legal Name (please PRINT clearly)


/S/ MATTHEW PEARL
Signature


3/29/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, GREGORY KELLY, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


GREGORY T KELLY
Full Legal Name (please PRINT clearly)


/S/ GREGORY T KELLY
Signature


3/31/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, GREG ROEHL, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

GREG ROEHL
Full Legal Name (please PRINT clearly)

/S/ GREG ROEHL
Signature

3/20/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, SAM ROCK, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


SAMUEL PATRICK ROCK
Full Legal Name (please PRINT clearly)


/S/ SAMUEL PATRICK ROCK
Signature


3/17/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Kelly Christopher Holt, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Kelly Christopher Holt
Full Legal Name (please PRINT clearly)


/S/ Kelly Christopher Holt
Signature


4/11/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, Makena Hillman, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Makena Hillman
Full Legal Name (please PRINT clearly)


/S/ Makena Hillman
Signature


4/6/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, E S CARROLL, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


EDWARD S CARROLL JR
Full Legal Name (please PRINT clearly)


/S/ EDWARD S CARROLL JR
Signature


4/2/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, PAIGE WALLNER, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


PAIGE ALEXANDER WALLNER
Full Legal Name (please PRINT clearly)


/S/ PAIGE ALEXANDER WALLNER
Signature


3/31/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, QUINN O'HARA, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


QUINN O'HARA
Full Legal Name (please PRINT clearly)


/S/ QUINN O'HARA
Signature


4/4/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, SHANNON L LUNFQUIST, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

SHANNON L LUNDQUIST
Full Legal Name (please PRINT clearly)

/S/ SHANNON L LUNDQUIST
Signature

4/6/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Daniel Frazer, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Daniel Frazer
Full Legal Name (please PRINT clearly)


/S/ Daniel Frazer
Signature


4/10/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Isabella Haas, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Isabella Haas
Full Legal Name (please PRINT clearly)


/S/ Isabella Haas
Signature


4/13/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, MADISON LONGO, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


MADISON LONGO
Full Legal Name (please PRINT clearly)


/S/ MADISON LONGO
Signature


4/1/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, Sage Lafleur, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Sage Lafleur
Full Legal Name (please PRINT clearly)


/S/ Sage Lafleur
Signature


4/8/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Dana Otopalik, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Dana Otopalik
Full Legal Name (please PRINT clearly)

/S/ Dana Otopalik
Signature

4/13/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, THOMAS RICHARD RUEMMLER, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


THOMAS RICHARD RUEMMLER
Full Legal Name (please PRINT clearly)


/S/ THOMAS RICHARD RUEMMLER
Signature


3/26/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, GRIFFIN AGNESE, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


GRIFFIN AGNESE
Full Legal Name (please PRINT clearly)


/S/ GRIFFIN AGNESE
Signature


3/24/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, JACKSON SHARPE, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


JACKSON SHARPE
Full Legal Name (please PRINT clearly)


/S/ JACKSON SHARPE
Signature


3/26/2026
Date

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, DAVID ALTIERI, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


DAVID PAUL ALTIERI
Full Legal Name (please PRINT clearly)


/S/ DAVID PAUL ALTIERI
Signature


3/28/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, KATHLEEN REECE, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


KATHLEEN ELIZABETH REECE
Full Legal Name (please PRINT clearly)


/S/ KATHLEEN ELIZABETH REECE
Signature


3/28/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Christine Armitage, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Christine A Armitage
Full Legal Name (please PRINT clearly)


/S/ Christine A Armitage
Signature


4/10/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Laura Johnston, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Laura Johnston
Full Legal Name (please PRINT clearly)


/S/ Laura Johnston
Signature


4/9/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Tiffany Lynn Parlatore, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Tiffany Parlatore
Full Legal Name (please PRINT clearly)


/S/ Tiffany Parlatore
Signature


4/6/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, Amy-Louise Hartley, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Amy-Louise Hartley
Full Legal Name (please PRINT clearly)


/S/ Amy-Louise Hartley
Signature


4/13/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, RUSH STEELMAN, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


RUSH BARRETT STEELMAN
Full Legal Name (please PRINT clearly)


/S/ RUSH BARRETT STEELMAN
Signature


3/26/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Owen Cope, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Owen Cope
Full Legal Name (please PRINT clearly)


/S/ Owen Cope
Signature


4/6/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, , have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

CURTIS THEODORE FRIDIRICI
Full Legal Name (please PRINT clearly)

/S/ CURTIS THEODORE FRIDIRICI
Signature

3/24/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, RANDELL REID, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


RANDELL M REID
Full Legal Name (please PRINT clearly)


/S/ RANDELL M REID
Signature


3/13/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, ROB WAGNER, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

ROBERT DEAN WAGNER
Full Legal Name (please PRINT clearly)

/S/ ROBERT DEAN WAGNER
Signature

3/26/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, Ryan Merrell, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Ryan Merrell
Full Legal Name (please PRINT clearly)


/S/ Ryan Merrell
Signature


4/8/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, ROBERTA BOYD, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


ROBERTA M BOYD
Full Legal Name (please PRINT clearly)


/S/ ROBERTA M BOYD
Signature


4/2/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, James Haeffner, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

James Haeffner
Full Legal Name (please PRINT clearly)

/S/ James Haeffner
Signature

4/11/2026
Date

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, AVA, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


AVA DECONCINI
Full Legal Name (please PRINT clearly)


/S/ AVA DECONCINI
Signature


3/16/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, ANASTASIA ANGELOVA, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


ANASTASIA ANGELOVA
Full Legal Name (please PRINT clearly)


/S/ ANASTASIA ANGELOVA
Signature


3/26/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, Geoffrey Booth, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Geoffrey Booth
Full Legal Name (please PRINT clearly)


/S/ Geoffrey Booth
Signature


4/10/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, Patrick A Tague, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Patrick A Tague
Full Legal Name (please PRINT clearly)


/S/ Patrick A Tague
Signature


4/7/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, LAURIE WILKE, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


LAURIE PATTON WILKE
Full Legal Name (please PRINT clearly)


/S/ LAURIE PATTON WILKE
Signature


3/27/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, BRADLEY PARKS, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


BRADLEY O PARKS
Full Legal Name (please PRINT clearly)


/S/ BRADLEY O PARKS
Signature


3/26/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, NOAH, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


NOAH A GUERRIERO
Full Legal Name (please PRINT clearly)


/S/ NOAH A GUERRIERO
Signature


3/30/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, WARREN R KNIPPLE, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


WARREN R KNIPPLE
Full Legal Name (please PRINT clearly)


/S/ WARREN R KNIPPLE
Signature


3/24/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, SHAUNA SMITH, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


SHAUNA MARIE SMITH
Full Legal Name (please PRINT clearly)


/S/ SHAUNA MARIE SMITH
Signature


3/19/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, Richard Griffin, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Richard Griffin
Full Legal Name (please PRINT clearly)


/S/ Richard Griffin
Signature


4/9/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Donald Fraser Orr III, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

DONALD FRASER ORR III
Full Legal Name (please PRINT clearly)

/S/ DONALD FRASER ORR III
Signature

4/10/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, TERRENCE COUPE, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

TERRENCE CHARLES COUPE
Full Legal Name (please PRINT clearly)

/S/ TERRENCE CHARLES COUPE
Signature

4/3/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, JENNA KANE, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


JENNA WHITNEY KANE
Full Legal Name (please PRINT clearly)


/S/ JENNA WHITNEY KANE
Signature


4/4/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, STEVE HENRY, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


STEVEN RAY HENRY
Full Legal Name (please PRINT clearly)


/S/ STEVEN RAY HENRY
Signature


3/23/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, bjorn sigurdsson, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


bjorn sigurdsson
Full Legal Name (please PRINT clearly)


/S/ bjorn sigurdsson
Signature


4/7/2026
Date


Questions? Visit www.VailResortsInstructorWageLitigation.com or call 855-680-2842
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy
1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, Seamus Kelly, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Seamus Kelly
Full Legal Name (please PRINT clearly)


/S/ Seamus Kelly
Signature


4/7/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, LAURA LANDRE-GIRTEN, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


LAURA LANDRE-GIRTEN
Full Legal Name (please PRINT clearly)


/S/ LAURA LANDRE-GIRTEN
Signature


3/28/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, Charles Lawler, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Charles Lawler
Full Legal Name (please PRINT clearly)


/S/ Charles Lawler
Signature


4/10/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, EDWIN B KEATING, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


EDWIN BRIAN KEATING
Full Legal Name (please PRINT clearly)


/S/ EDWIN BRIAN KEATING
Signature


4/2/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, LUCAS WAGGLE, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


LUCAS JAMES WAGGLE
Full Legal Name (please PRINT clearly)


/S/ LUCAS JAMES WAGGLE
Signature


3/6/2026
Date


Questions? Visit www.VailResortsInstructorWageLitigation.com or call 855-680-2842
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy
1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, HAYDEN SCOTT, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


HAYDEN SCOTT
Full Legal Name (please PRINT clearly)


/S/ HAYDEN SCOTT
Signature


3/26/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Yifei Wang, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Yifei Wang
Full Legal Name (please PRINT clearly)

/S/ Yifei Wang
Signature

4/8/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, JASON KLEVAN, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


JASON KLEVAN
Full Legal Name (please PRINT clearly)


/S/ JASON KLEVAN
Signature


3/31/2026
Date

Case No. 1:20-cv-03569-DDD-NRN    Document 307-1    filed 04/16/26    USDC Colorado
pg 199 of 254

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOIN COLLECTIVE ACTION

I, JOHN MALONEY, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

JOHN MALONEY
Full Legal Name (please PRINT clearly)

/S/ JOHN MALONEY
Signature

3/30/2026
Date

Questions? Visit www.VailResortsInstructorWageLitigation.com or call 855-680-2842
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy
1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOIN COLLECTIVE ACTION

I, ALAN GOOD, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

ALAN MATTHEW GOOD
Full Legal Name (please PRINT clearly)

/S/ ALAN MATTHEW GOOD
Signature

4/10/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Joseph Nathan Rafferty, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Joseph N. Rafferty
Full Legal Name (please PRINT clearly)


/S/ Joseph N. Rafferty
Signature


4/8/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, DENNIS FLANAGAN, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


DENNIS FLANAGAN
Full Legal Name (please PRINT clearly)


/S/ DENNIS FLANAGAN
Signature


4/1/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, JOANNE ROBERTS, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


JOANNE AMELIA ROBERTS
Full Legal Name (please PRINT clearly)


/S/ JOANNE AMELIA ROBERTS
Signature


3/25/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, Jason Ryan Stahl, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Jason R Stahl
Full Legal Name (please PRINT clearly)


/S/ Jason R Stahl
Signature


4/13/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, Anthony Tortona, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Anthony Tortona
Full Legal Name (please PRINT clearly)


/S/ Anthony Tortona
Signature


4/7/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Logan J Sebek, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

logan joseph sebek
Full Legal Name (please PRINT clearly)

/S/ logan joseph sebek
Signature

4/7/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, JUNE MURNIEKS, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


JUNE ROSE MURNIEKS
Full Legal Name (please PRINT clearly)


/S/ JUNE ROSE MURNIEKS
Signature


3/25/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Carrie A Piper, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Carrie A. Piper
Full Legal Name (please PRINT clearly)


/S/ Carrie A. Piper
Signature


4/7/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, JEFF SNYDER, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

JEFFREY ROBERT SNYDER
Full Legal Name (please PRINT clearly)

/S/ JEFFREY ROBERT SNYDER
Signature

4/3/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, PETER WARREN, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

PETER GLENN WARREN
Full Legal Name (please PRINT clearly)

/S/ PETER GLENN WARREN
Signature

3/28/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, ADRIANNA LAKOTA, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


ADRIANNA LAKOTA
Full Legal Name (please PRINT clearly)


/S/ ADRIANNA LAKOTA
Signature


3/23/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, MICHELLE M LINGENFELSER, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


MICHELLE M LINGENFELSER
Full Legal Name (please PRINT clearly)


/S/ MICHELLE M LINGENFELSER
Signature


3/29/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Karen Ann Carlson, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Karen Carlson
Full Legal Name (please PRINT clearly)


/S/ Karen Carlson
Signature


4/8/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, DOUGLAS NORDMEYER, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

DOUGLAS STUART NORDMEYER
Full Legal Name (please PRINT clearly)

/S/ DOUGLAS STUART NORDMEYER
Signature

3/23/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, BETSY NEVIN, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


BETSY NEVIN
Full Legal Name (please PRINT clearly)


/S/ BETSY NEVIN
Signature


3/30/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, DAVID CHESNEY, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


DAVID R CHESNEY
Full Legal Name (please PRINT clearly)


/S/ DAVID R CHESNEY
Signature


3/23/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Zoe Walker, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

zw
Full Legal Name (please PRINT clearly)

/S/ zw
Signature

4/7/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, RYAN KESTER, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


RYAN KESTER
Full Legal Name (please PRINT clearly)


/S/ RYAN KESTER
Signature


3/30/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, NELSON DIAZ, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


NELSON DIAZ
Full Legal Name (please PRINT clearly)


/S/ NELSON DIAZ
Signature


3/22/2026
Date

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, LAURA PANSIRE, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

LAURA PANSIRE
Full Legal Name (please PRINT clearly)

/S/ LAURA PANSIRE
Signature

3/28/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, James E Brenneman, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


James Brenneman
Full Legal Name (please PRINT clearly)


/S/ James Brenneman
Signature


4/10/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, PATTY PITTMAN, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

PATTY PITTMAN
Full Legal Name (please PRINT clearly)

/S/ PATTY PITTMAN
Signature

3/25/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Benjamin Knight, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Benjamin Knight
Full Legal Name (please PRINT clearly)


/S/ Benjamin Knight
Signature


4/11/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Carol Adams, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Carol Adams
Full Legal Name (please PRINT clearly)


/S/ Carol Adams
Signature


4/12/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, JORDANA ETS-HOKIN, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


JORDANA ROSE ETS-HOKIN
Full Legal Name (please PRINT clearly)


/S/ JORDANA ROSE ETS-HOKIN
Signature


3/24/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, COLLIN SHEA, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


COLLIN M SHEA
Full Legal Name (please PRINT clearly)


/S/ COLLIN M SHEA
Signature


4/1/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, ANDREW MITCHELL, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor

after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the

lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required

to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the

lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid

off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


ANDREW MITCHELL
Full Legal Name (please PRINT clearly)


/S/ ANDREW MITCHELL
Signature


3/20/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Amber Moir, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Amber Moir
Full Legal Name (please PRINT clearly)


/S/ Amber Moir
Signature


4/9/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, CHRISTOPHER B MEYER, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


CHRISTOPHER B MEYER
Full Legal Name (please PRINT clearly)


/S/ CHRISTOPHER B MEYER
Signature


3/13/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, GEORGE FACTEAU, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


GEORGE W FACTEAU
Full Legal Name (please PRINT clearly)


/S/ GEORGE W FACTEAU
Signature


3/27/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Lee Ann Blascovich, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Lee Ann Blascovich
Full Legal Name (please PRINT clearly)


/S/ Lee Ann Blascovich
Signature


4/11/2026
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, JOHN GLENDENING, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


JOHN JOSEPH GLENDENING
Full Legal Name (please PRINT clearly)


/S/ JOHN JOSEPH GLENDENING
Signature


3/27/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, JOHN BERGDOLL, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


JOHN G BERGDOLL
Full Legal Name (please PRINT clearly)


/S/ JOHN G BERGDOLL
Signature


4/3/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, Beth T. Steele, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Beth T. Steele
Full Legal Name (please PRINT clearly)


/S/ Beth T. Steele
Signature


4/11/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, Larry Roush, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Larry Roush
Full Legal Name (please PRINT clearly)


/S/ Larry Roush
Signature


4/13/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOIN COLLECTIVE ACTION**

I, Lynn R Hasday, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Lynn Hasday
Full Legal Name (please PRINT clearly)

/S/ Lynn Hasday
Signature

4/9/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Noah Hopkins, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Noah Hopkins
Full Legal Name (please PRINT clearly)


/S/ Noah Hopkins
Signature


4/7/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, CAMERON HUTCHINS, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

CAMERON HUTCHINS
Full Legal Name (please PRINT clearly)

/S/ CAMERON HUTCHINS
Signature

3/29/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, MITZI RIVAS, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

MITZI RIVAS
Full Legal Name (please PRINT clearly)

/S/ MITZI RIVAS
Signature

4/1/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, CLARE J HEFFERREN, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


CLARE J HEFFERREN
Full Legal Name (please PRINT clearly)


/S/ CLARE J HEFFERREN
Signature


3/27/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, DOUGLAS G AVERY, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


DOUGLAS G AVERY
Full Legal Name (please PRINT clearly)


/S/ DOUGLAS G AVERY
Signature


3/25/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, JAMES KEENS, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

JAMES AUSTIN KEENS
Full Legal Name (please PRINT clearly)

/S/ JAMES AUSTIN KEENS
Signature

3/20/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Linda Sue OConnor, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Linda S. OConnor
Full Legal Name (please PRINT clearly)


/S/ Linda S. OConnor
Signature


4/8/2026
Date

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, ASHER ORENSTEIN, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


ASHER ORENSTEIN
Full Legal Name (please PRINT clearly)


/S/ ASHER ORENSTEIN
Signature


3/6/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, Lindsay Daugherty, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Lindsay Daugherty
Full Legal Name (please PRINT clearly)


/S/ Lindsay Daugherty
Signature


4/8/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Gregory Gipe, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Gregory Gipe
Full Legal Name (please PRINT clearly)

/S/ Gregory Gipe
Signature

4/8/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOIN COLLECTIVE ACTION

I, Juan Bautista Agnese, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Agnese
Full Legal Name (please PRINT clearly)


/S/ Agnese
Signature


4/6/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Shelee Ann Brenneman, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017. I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.

Shelee Ann Brenneman
Full Legal Name (please PRINT clearly)

/S/ Shelee Ann Brenneman
Signature

4/10/2026
Date

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

## CONSENT TO JOINT COLLECTIVE ACTION

I, KAILEY HERMAN, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


KAILEY HERMAN
Full Legal Name (please PRINT clearly)


/S/ KAILEY HERMAN
Signature


4/6/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, MARK COPPLE, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


MARK COPPLE
Full Legal Name (please PRINT clearly)


/S/ MARK COPPLE
Signature


3/31/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Richard L. Hoelscher, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Richard L. Hoelscher
Full Legal Name (please PRINT clearly)


/S/ Richard L. Hoelscher
Signature


4/8/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, MARQUIS, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


MARQUIS RIOS
Full Legal Name (please PRINT clearly)


/S/ MARQUIS RIOS
Signature


3/24/2026
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

### CONSENT TO JOINT COLLECTIVE ACTION

I, MARJORIE BELSKY, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


MARJORIE BELSKY
Full Legal Name (please PRINT clearly)


/S/ MARJORIE BELSKY
Signature


3/23/2026
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Quint, et al. v. Vail Resorts, Inc.*

*Civil Action No. 20-cv-03569-DDD-NRN*

**CONSENT TO JOINT COLLECTIVE ACTION**

I, Jen Foster, have been employed by Vail Resorts, Inc. as a Snow Sports Instructor after December 2, 2017.  I understand that by giving my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.), I may be required to appear for a deposition and/or provide trial testimony.

Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to join and become a party plaintiff in the lawsuit titled *Quint, et al. v. Vail Resorts, Inc.,* No. 20-cv-03569-DDD-GPG (D. Colo.) to recover unpaid off-the-clock work, overtime wages and unreimbursed expenses under the Fair Labor Standards Act.


Jennifer (Foster) Caldwell
Full Legal Name (please PRINT clearly)


/S/ Jennifer (Foster) Caldwell
Signature


3/12/2026
Date


Questions? Visit www.VailResortsInstructorWageLitigation.com or call 855-680-2842
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy

1