**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03569-DDD-NRN

RANDY DEAN QUINT,
JOHN LINN, and
MARK MOLINA,
Individually and On Behalf of All Others Similarly Situated,

     Plaintiffs,

v.

VAIL RESORTS, INC., a Delaware Corporation,

Defendant.

---

**ORDER OF SPECIAL MASTER**

---

After conferral with counsel, the Special Master has set the following Zoom discovery hearings:

**Friday, August 14, 2026 from10 am to 11 am MT;**

**Friday, September 11, 2026 from 10 am to 11 am MT;**

**Friday, October 9, 2026 from noon to 2 pm MT;**

**Friday, November 13, 2026 from noon to 2 pm MT; and**

**Friday, December 11, 2026 from noon to 2 pm MT.**

The purpose of the hearings is to address outstanding discovery issues.

The parties shall meet and confer regarding discovery disputes one week before each hearing date. The first such meeting will occur on August 7, 2026 and the subsequent meetings will occur on the first Friday of each month. The parties shall cancel any conferral meeting that is not necessary and shall jointly notify the Special Master by email when a hearing may be vacated.

If conferral does not resolve outstanding disputes, the parties shall each send the Special

Master an email explaining the issues and their positions by 5 pm MT on the Tuesday prior to the

scheduled hearing.  Opposing counsel shall be copied on the emails to the Special Master.  The

parties are encouraged to keep their emails brief and concise.

Dated this 30th day of July, 2026.

_____

Kristen L. Mix
Special Master